1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5846
    Fax:  (415) 703-5480
8   Email:  Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
   Raghunath, Grannis, Aboytes, and Klein

10

11

12                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14

15  RONALD BRATTON,                          Case No. C 07-2928 JSW

16                           Plaintiff,      DEFENDANTS' REQUEST
                                             FOR A SIXTY-DAY
17              v.                           EXTENSION OF TIME TO
                                             FILE DISPOSITIVE MOTION
18  BEN CURRY,

19                           Defendants.

20

21      Defendants Curry, Chudy, Hill, Hedrick, Raghunath, Grannis, Aboytes, and Klein

22  (Defendants) respectfully request that this Court grant a sixty-day extension of time, up to and

23  including May 9, 2008, in which to file a motion for summary judgment or other dispositive

24  ///

25  ///

26  ///

27  ///

28  ///

Defs.' Req. for 60-Day Ext. of Time to File Dispositive Mot.                    R. Bratton v. B. Curry, et al.
                                                                                            C 07-2928 JSW

1  motion.  As explained more fully in counsel's accompanying declaration, this extension will

2  allow counsel time to gather sufficient documents and information to determine and prepare an

3  appropriate response to this lawsuit.

4       Dated:  March 3, 2008

5                                    Respectfully submitted,

6                                    EDMUND G. BROWN JR.
                                     Attorney General of the State of California

7                                    DAVID S. CHANEY
                                     Chief Assistant Attorney General
8
                                     FRANCES T. GRUNDER
9                                    Senior Assistant Attorney General

                                     MICHAEL W. JORGENSON
10                                   Supervising Deputy Attorney General

11

12

13

14                                   LISA SCIANDRA
                                     Deputy Attorney General
                                     Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
15                                   Raghunath, Grannis, Aboytes, and Klein

16

17  40223444.wpd
    SF2008400402

18

19

20

21

22

23

24

25

26

27

28

Defs.' Req. for 60-Day Ext. of Time to File Dispositive Mot.                    *R. Bratton v. B. Curry, et al.*
                                                                                C 07-2928 JSW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **R. Bratton v. B. Curry, et al.**

No.:    **C 07-2928 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 3, 2008, I served the attached

**DEFENDANTS' REQUEST FOR A SIXTY-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR A SIXTY-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ronald Bratton (J-45341)
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 3, 2008, at San Francisco, California.

| M. Luna | M. Luna |
|---|---|
| Declarant | Signature |

40224562.wpd