1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5846
     Fax: (415) 703-5480
8    Email: Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
   Raghunath, Grannis, Aboytes, and Klein

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RONALD BRATTON,** <br><br> Plaintiff, <br><br> v. <br><br> **BEN CURRY,** <br><br> Defendants. | Case No. C 07-2928 JSW <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

I, LISA SCIANDRA, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am a Deputy Attorney General in the Correctional Law Section of the California Attorney General's Office, and I am assigned to represent the Defendants in this matter. I have personal knowledge of the matter contained in this declaration, and if called to testify, I would and could testify.

2. The Court's Order of Service dated January 9, 2008, directed that Defendants shall file a motion for summary judgment or other dispositive motion no later than sixty days from the date

1  of the Order, which is Sunday March 9, 2008. Under Rule 6 of the Federal Rules of Civil
2  Procedure, however, Defendants' motion for summary judgment or other dispositive motion is
3  due on Monday, March 10, 2008. I intend to file a motion for summary judgment or other
4  dispositive motion in this case but request a sixty-day extension of time until May 9, 2008, to
5  complete it.

      3.    For the following reasons, Defendants request an extension of time:

      a.    I do not yet have sufficient documents or information to determine the appropriate response to this lawsuit and will need further documents in order to prepare a response. I received the Summons and Complaint on February 4, 2008. My office requested case documents and information from the California Department of Corrections and Rehabilitation (CDCR) at that time. While some documents have been received, review of the facts and allegations necessitate obtaining additional documents from the CDCR and other sources. More time will be needed to review the facts and allegations in the Complaint, and to review the documents that will arrive from the CDCR and other sources.

      b.    Additionally, I have recently been occupied with the following deadlines, in addition to other case-related work: a mandatory reply brief in the Northern District on February 14, 2008; another reply brief in the Northern District on February 19, 2008; a motion to dismiss in the Northern District on February 22, 2008; and a court-ordered mediation in Southern California on February 29, 2008.

      c.    I also have a dispositive motion due in the Northern District on April 11, 2008.

      4.    Plaintiff is currently incarcerated and cannot be easily contacted for an extension of time.

///
///
///
///
///
///

Decl. Counsel in Supp. Defs.' Req. for Ext. Time                       R. Bratton v. B. Curry, et al.
                                                                                           C 07-2928 JSW

1      5.    No previous extension of time has been sought regarding the filing of Defendants' summary-judgment motion or other dispositive motion. This request is not made for the purpose of harassment, undue delay, or any improper reason.

    I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

    Executed on March 3, 2008, at San Francisco, California.

                              LISA SCIANDRA
                              Deputy Attorney General

40223457.wpd
SF2008400402

Decl. Counsel in Supp. Defs.' Req. for Ext. Time                          R. Bratton v. B. Curry, et al.
                                                                                                                             C 07-2928 JSW