FILED

MAR 10 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BEN CURRY,<br><br>　　　　　　　　　Defendants. | Case No. C 07-2928 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR A SIXTY-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

Defendants filed a request for a sixty-day extension of time, up to and including May 9, 2008, to file their summary-judgment motion or other dispositive motion. The Court has read and considered Defendants' request, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for a sixty-day extension of time is granted. Defendants shall either file a motion for summary judgment or other dispositive motion by May 9, 2008. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than thirty (30) days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fifteen (15) days after Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated: __MAR 1 0 2008__

_____
The Honorable Jeffrey S. White
U.S. District Court Judge

[Proposed] Order Granting 60-Day Ext. of Time to File Dispositive Mot.　　　　R. Bratton v. B. Curry, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 07-2928 JSW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BRATTON,<br><br>    Plaintiff,<br><br>v.<br><br>BEN CURRY et al,<br><br>    Defendant. / | Case Number: CV07-02928 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on.March 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lisa M. Sciandra
Office of the Attorney General
455 Golden Gate Ave, Ste. 11000
San Francisco, CA 94102-7004

Ronald Bratton
P.O. Box 689
J45341
Soledad, CA 93960-0689

Dated: March 10, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk