RONALD BRATTON J-45341
CTF          CW-133L
P.O. BOX 689
SOLEDAD, CA 93960-0689

IN THE UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RONALD BRATTON,
    Plaintiff,

v

BEN CURRY, Warden CTF, et al.,
    Defendants.

Case No. C 07-2928

[PROPOSED] INJUNCTIVE ORDER GRANTING PLAINTIFFS REQUEST, AND PROHIBITING CDCR AND CTF OFFICIALS FROM TRANSFERING PRISONER TO HIGHER LEVEL PRISON, EXCEPT FOR MEDICAL NEEDS (CMC, OR VACAVILLE MEDICAL FACILITY)

    Plaintiff has filed a Request for a 90 day injuntive order prohibiting the defendants from transfering prisoner RONALD BRATTON; from a level II facility to a higher level III facility, until the Court can determine that this is a lawful act and not merely retalitory for the filing of the court action numbered above. The court deems this necessary for the prisoner's well being and safety. Until it can be lawfully determined that the raising of the prisoner's classification points and class status is legal and not-retalitory, the CDCR, and all of its instutions are prohibited from transfering this inmate, except for medical concern to above named institutions. This of course excludes any extra-ordinary situations.

    IT IS SO ORDERED

_____
DATED

The Honorable Jeffrey S. White
U.S. District Court Judge

RECEIVED APR 3 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Original