RONALD BRATTON J-45341
CTF-NORTH,    LA 120
P.O. BOX 705
SOLEDAD, CA 93960-0705

FILED
08 APR 18 PM 1:16

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD BRATTON,

    Plaintiff,

v

BEN CURRY, Warden et al.,

    Defendants,

No. C 07-2928 JSW (PR)

"Notice of Change OF Adress"

    The plaintiff RONALD BRATTON in the above named case hereby- by informs the court of an adress change to the above address. Just as the plaintiff had for-warned the court, The defendants in this case transferred the plaintiff, to another institution, (higher level III, from II) without the Due Process given to inmates as directed by the California Code of Regulations Title XV 3375(A) Involuntary transfer to a higher security Y level facility, which is not consistant with the inmate's placement score. I have nither been a "Chrone" designating the change, nor a CSR placement endorsement.

    Now the inmate is in that higher level institution, which is new, and has been under lock-down procedures for five months, So now plaintiff cannot attend library but once a week, on Saturdays only, and probably will not be able to make deadlines after and/if he will receive his mail without a two week to month delay, which the institution at CTF is known for. The CTF institution has been known for a long time to use these tactics to delay and/or get suit dropped. I am appealing all of the adverse through emergency appeal.

Dated April 16, 2008

*Ronald Bratton*
RONALD BRATTON

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, __RONALD BRATTON__, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

```
RONALD BRATTON       , CDCR #: J-45341
CORRECTIONAL TRAINING FACILITY - NORTH
P.O. BOX 689, CELL A/ Box 705   Cell LA-120
SOLEDAD, CA  93960-0705
```

On __APRIL 16, 2008__, I served the attached:

__Notice of Change of Address__

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

United States District Court
Northern District of CA
450 Golden Gate Avenue
San Francisco, CA 94102

Office of the Attorney General
455 Golden Gate Ave. STE 11000
(Suite 11000)
San Francisco, CA 94102-7004

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __April 16, 2008__.

_Ronald Bratton_
RONALD BRATTON
Declarant

RONALD BRATTON J-45341
CTF-NORTH LA 120
P.O. BOX 689
SOLEDAD, CA 93960-0689