EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
LISA SCIANDRA, State Bar No. 246532
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5846
  Fax: (415) 703-5480
  Email: Lisa.Sciandra@doj.ca.gov

Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
Raghunath, Grannis, Aboytes, and Klein[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RONALD BRATTON, | Case No. C 07-2928 JSW |
|---|---|
| Plaintiff, | **DEFENDANTS' REQUEST FOR A FORTY-FIVE-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| BEN CURRY, et al. | |
| Defendants. | |

    Defendants Curry, Chudy, Hill, Hedrick, Raghunath, Grannis, Aboytes, and Klein (Defendants) respectfully request that this Court grant a forty-five-day extension of time, up to and including June 23, 2008, in which to file a motion for summary judgment or other dispositive

///

///

---

    1. To the best knowledge of the Attorney General's Office, Defendant Jannah has not been served. Accordingly, the Attorney General's Office makes no appearance on his behalf.

Defs.' Req. for 45-Day Ext. of Time to File Dispositive Mot.          R. Bratton v. B. Curry, et al.
C 07-2928 JSW

1  motion. As explained more fully in counsel's accompanying declaration, this extension will
2  allow counsel time to gather sufficient documents and information to determine and prepare an
3  appropriate response to this lawsuit.
4  Dated: May 1, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General

LISA SCIANDRA
Deputy Attorney General
Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
Raghunath, Grannis, Aboytes, and Klein

40248088.wpd
SF2008400402

Defs.' Req. for 45-Day Ext. of Time to File Dispositive Mot.                    *R. Bratton v. B. Curry, et al.*
                                                                                C 07-2928 JSW

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **R. Bratton v. B. Curry, et al.**

No.:   **C 07-2928 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 1, 2008, I served the attached

**DEFENDANTS' REQUEST FOR A FORTY-FIVE-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR A FORTY-FIVE-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ronald Bratton (J-45341)
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 1, 2008, at San Francisco, California.

| M. Luna | *M. Luna* |
|---|---|
| Declarant | Signature |

40248504.wpd