EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
LISA SCIANDRA, State Bar No. 246532
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5846
  Fax: (415) 703-5480
  Email: Lisa.Sciandra@doj.ca.gov

Attorneys for Defendants Curry, Chudy, Hill, Hedrick, Raghunath, Grannis, Aboytes, and Klein[1/]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON,<br><br>                      Plaintiff,<br><br>v.<br><br>BEN CURRY, et al.,<br><br>                      Defendants. | Case No. C 07-2928 JSW<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

I, LISA SCIANDRA, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am a Deputy Attorney General in the Correctional Law Section of the California Attorney General's Office, and I am assigned to represent the Defendants in this matter. I have personal knowledge of the matter contained in this declaration, and if called to testify, I would

---

[1]. To the best knowledge of the Attorney General's Office, Defendant Jannah has not been served. Accordingly, the Attorney General's Office makes no appearance on his behalf.

Decl. Counsel in Supp. Defs.' Req. for Ext. Time      R. Bratton v. B. Curry, et al.
C 07-2928 JSW

1

1  and could testify.

2      2.    The Court's Order of Service dated January 9, 2008, directed that Defendants shall file a motion for summary judgment or other dispositive motion no later than sixty days from the date of the Order, which was Sunday March 9, 2008. Rule 6 of the Federal Rules of Civil Procedure, however, made Defendants' motion for summary judgment or other dispositive motion due on Monday, March 10, 2008. I received the Summons and Complaint on February 4, 2008. On March 3, 2008, Defendants filed a request for a sixty-day extension of time, in part because I needed additional time to gather sufficient documents and information to prepare an appropriate response to this lawsuit. This Court granted the extension, making the deadline May 9, 2008. I intend to file a motion for summary judgment or other dispositive motion in this case but request an additional forty-five-day extension of time until June 23, 2008, to complete it.

    3.    For the following reasons, the Defendant requests an extension of time:

    a.    I do not yet have sufficient documents or information to prepare an appropriate response to this lawsuit and will need further documents in order to prepare a response. My office requested case documents and information from the California Department of Corrections and Rehabilitation (CDCR) when the summons and complaint were received.

    b.    While some documents have been received, review of the facts and allegations necessitates obtaining additional documents from CDCR and other sources. More time will be needed to review the facts and allegations in the Complaint, and to review the documents that will arrive from CDCR and other sources.

    c.    Additionally, along with researching a dispositive motion for this action, and other case-related work, I have recently been occupied with a demurrer that I filed on April 11, 2008, in the Superior Court of California, County of Del Norte. I am also working on three dispositive motions due in the Northern District of California on May 22, June 10, and June 13, 2008.

    4.    Plaintiff is currently incarcerated and cannot be easily contacted for an extension of time.

///

Decl. Counsel in Supp. Defs.' Req. for Ext. Time      *R. Bratton v. B. Curry, et al.*
C 07-2928 JSW

5. This request is not made for the purpose of harassment, undue delay, or any improper reason.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed on May 1, 2008, at San Francisco, California.

_____
LISA SCIANDRA
Deputy Attorney General

40248102.wpd
SF2008400402

Decl. Counsel in Supp. Defs.' Req. for Ext. Time        R. Bratton v. B. Curry, et al.
C 07-2928 JSW

3