IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RONALD BRATTON,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**BEN CURRY,**<br><br>                    Defendants. | Case No. C 07-2928 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR A FORTY-FIVE-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants filed a request for a forty-five-day extension of time, up to and including June 23, 2008, to file their summary-judgment motion or other dispositive motion. The Court has read and considered Defendants' request, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for a forty-five-day extension of time is granted. Defendants shall either file a motion for summary judgment or other dispositive motion by June 23, 2008. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than thirty (30) days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fifteen (15) days after Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated: _____

                                                                The Honorable Jeffrey S. White
                                                                U.S. District Court Judge

[Proposed] Order Granting 45-Day Ext. of Time to File Dispositive Mot.         *R. Bratton v. B. Curry, et al.*
                                                                                Case No. C 07-2928 JSW