RONALD BRATTON J-45341
CTF-NORTH      LA 120L
P.O. BOX 705
SOLEDAD, CA 93960-0705

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RONALD BRATTON,
     Plaintiff,
     In pro per
     In Forma Pauperis

v

BEN CURRY, et al.
     Defendants,

Case No. C 07-2928 JSW

PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR FORTY-FIVE-DAY EXTENTION, AND REQUEST THAT THE MOTION SHOULD BE CONTINUED

The plaintiff has received the defendant's "Request for extension of time, and would like the to argue that the motion should be continued until the completion of discovery so that there is an opportunity to obtain responsive evidence, such as an answer to interrogatories. The plaintiff would have requested that this should have occured prior to the "first sixty-day extension, but as is the defendants way, they waited until the motion was accepted and passed, before the plaintiff was notified. As this motion shows, the defendants sent the plaintiff's copy to the wrong address, even though the plaintiff notified them of the address change on April 15, 2008, when it occurred. It should also be noted that the plaintiff is in the defendants custody, therefore sending notifications "accidently to the wrong address" to limit plaintiff's response time should never occur.

1

Plaintiff would also like to remind the court that this case involves a medical matter concerning Plaintiff's health. That the Plaintiff has a "Life threatening and changing health condition,(Chronic Lymphocytic Leukemia) from which the defendants have withheld a Medical Prescribed Diet, "deliberately" from which the top experts in the field concur, "That the highest probable liklihood from a cure is to be found." (The Human body ~~which manufactors the~~ immuno-globins from the diet of meat, many of which cannot be synthesized any other way.

The Plaintiff has suffered for years from this disadvantage, even the the medical records show "The specialist the State pays to monitor, diagnose and recommend treatment, did so as long age as 2002. The "deliberate indifference" continues to restrict the plaintiff from the best possible means of available health simply from the 'mean-spirited arrogant' stand the defendants have taken, "simply because they can," and the Court is standing by while the very possible demising of the plaintiff's health continues.

The Plaintiff prays the Court takes notice that this is a serious and real medical condition, bought on by defendants by the lack of proper sewage drainage in the cell-blocks, and the slow response to cut the water off at times of the occurances which flooded Plaintiff's, and other inmate's cells. There are "No sufficient documents for the Defendants to gather." The entire curriculum of events is 'fully out-lined' in the Plaintiff's pleading as the Defendant's well know. What they are waiting on is the Plaintiff to go "into crisis" and the suit discontinued.

Dated: May 6,2008

Respectfully submitted.
Ronald Bratton
RONALD BRATTON

2

**PROOF OF SERVICE BY MAIL**
BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, __RONALD BRATTON__, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

RONALD BRATTON, CDCR #: J-45341
CORRECTIONAL TRAINING FACILITY-NORTH
P.O. BOX: P.O. BOX 705    CELL LA 120L
SOLEDAD, CA 93960-0689.

On __May 6, 2008__, I served the attached:

RESPONSE TO DEFENDANT'S REQUEST FOR FORTY-FIVE-DAY EXTENSION, AND REQUEST THAT THE MOTION SHOULD BE CONTINUED

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES DISTRICT COURT FOR          Office of the Attorney General
THE NORTHERN DISTRICT                     455 Golden Gate Ave. Suite 11000
450 Golden Gate Ave.                      San Francisco, CA 94102-7004
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on __May 6, 2008__.

_Ronald Bratton_
Declarant