EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
LISA SCIANDRA, State Bar No. 246532
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5846
 Fax: (415) 703-5480
 Email: Lisa.Sciandra@doj.ca.gov

Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
Raghunath, Grannis, Aboytes, and Klein[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON,<br><br>                    Plaintiff,<br><br>       v.<br><br>BEN CURRY,<br><br>                    Defendants. | Case No. C 07-2928 JSW<br><br>*EX PARTE* REQUEST TO EXTEND PAGE LIMIT FOR DEFENDANTS' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT |

Defendants' intend to file a combined Motion to Dismiss and Motion for Summary Judgment on June 23, 2008, in accordance with this Court's Order Granting Defendants' Request for Extension of Time (Docket No. 23). Under Civil Local Rule 7-4, Defendants respectfully request permission to file their Memorandum of Points and Authorities in support of their motion not exceeding thirty-five pages.

---

1. To the best knowledge of the Attorney General's Office, Defendant Jannah has not been served. Accordingly, the Attorney General's Office makes no appearance on his behalf.

Defendants find it necessary to exceed the usual page limit in order to adequately address Plaintiff's numerous allegations of constitutional violations. Therefore, in the interests of justice, and under Local Rule 7-4, Defendants request permission to file a motion that is no more than thirty-five pages.

Dated: June 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General

LISA SCIANDRA
Deputy Attorney General
Attorneys for Defendants Curry, Chudy, Hill, Hedrick, Raghunath, Grannis, Aboytes, and Klein

20117996.wpd
SF2008400402

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **R. Bratton v. B. Curry, et al.**

No.: **C 07-2928 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 19, 2008, I served the attached

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ronald Bratton (J-45341)
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 19, 2008, at San Francisco, California.

| M. Luna | M. Luna |
|---|---|
| Declarant | Signature |

20118018.wpd