IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON,<br><br>                              Plaintiff,<br><br>v.<br><br>BEN CURRY,<br><br>                             Defendants. | Case No. C 07-2928 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **REQUEST TO EXTEND PAGE LIMIT FOR DEFENDANTS' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT** |

    Defendants filed an *Ex Parte* Request to Extend Page Limit for Defendants' Motions to Dismiss and for Summary Judgment in which they requested permission under Local Rule 7-4, to file a motion that is no more than thirty-five pages. The Court has read and considered Defendants' request, and good cause appearing,

    IT IS HEREBY ORDERED that Defendants' request to file a motion that is no more than thirty-five pages is granted.

    IT IS SO ORDERED.

Dated: _____

                                                           The Honorable Jeffrey S. White<br>                                                           U.S. District Court Judge

[Proposed] Order Granting Defs.' *Ex Parte* Req. Extend Page Limit         R. Bratton v. B. Curry, et al.<br>                                                                                                                                             Case No. C 07-2928 JSW

1