1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5846
     Fax: (415) 703-5480
8    Email: Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
   Raghunath, Grannis, Aboytes, and Klein
10

11
                IN THE UNITED STATES DISTRICT COURT
12
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                      SAN FRANCISCO DIVISION
14

15  RONALD BRATTON,                    Case No. C 07-2928 JSW

16                       Plaintiff,    DECLARATION OF P.
                                       SANTIAGO IN SUPPORT OF
17         v.                          DEFENDANTS' MOTION TO
                                       DISMISS
18  BEN CURRY,

19                       Defendants.

20

21  I, P. SANTIAGO, declare as follows:

22       1.   I am employed by the California Department of Corrections and Rehabilitation

23  (CDCR) as an Appeals Coordinator at the Correctional Training Facility (CTF). My job duties

24  include processing inmate appeals (CDC Form 602), assigning appeals to the appropriate staff,

25  and monitoring and maintaining the computer database in the Inmate Appeals Office. I am

26  competent to testify to the matters set forth in this declaration, and if called upon to do so, I

27  would and could so testify. I submit this declaration in support of Defendants' Motion to

28  Dismiss.

Decl. Santiago in Support of Mot. to Dismiss                    R. Bratton v. B. Curry, et al.
                                                                           C 07-2928 JSW

2. Under the California Code of Regulations, inmates must submit appeals to the Appeals Coordinator at the institution within fifteen working days of the event or decision being appealed, or of receiving an unacceptable lower level appeal decision.

3. When an inmate has filed a CDC Form 602 appeal that meets the criteria for review pursuant to the California Code of Regulations, the appeal is recorded into the Inmate Appeals Office computer database. The recording is made at or near the time the inmate appeal is received by me or another employee with personal knowledge of the appeal process. The database is kept in the course of regularly conducted business activity and every effort is made to maintain the accuracy and integrity of each record maintained.

4. CDCR does not maintain copies of appeals that have been screened out in an inmate's central file. These appeals are returned to the inmate with a CDC Form 695 screening form that explains the reason for the screen out. The screening form also instructs the inmate that if he or she believes the screen out is in error, then he or she may challenge the screen out by returning the form to the Appeals Coordinator with an explanation of why he or she believes it to be in error, along with supporting documents.

5. I have searched the Inmate Appeals Office computer database for all records of appeals filed by inmate Ronald Bratton, CDCR number J-45341.

    a. Attached as Exhibit A is a true and correct copy of the computer printout from the Inmate Appeals Office showing Inmate Bratton's appeals history. Each of the inmate appeals are assigned an Institutional Log Number by the Inmate Appeals Office when they are assigned to the first level of review. The inmate appeals are tracked by the status reports in exhibit A.

    b. Exhibit A shows that appeal log number CTF-S-07-00286 was granted in part at the second level of review on February 28, 2007.

    c. Exhibit A shows that between March 30, 2007, and April 4, 2007, Inmate Bratton submitted two appeals concerning living conditions. These appeals were not assigned Institutional Log Numbers. The appeals database contains additional records about these appeals, but those records cannot be printed from the database due to computer software limitations. A review of that additional information on the database shows that both appeals

Decl. Santiago in Support of Mot. to Dismiss     R. Bratton v. B. Curry, et al.
C 07-2928 JSW

2

1  were categorized under "living conditions," and both appeals concerned food service. Both
2  appeals were screened out on March 30, 2007, because they were determined to be duplicates of
3  appeal log number CTF-S-07-00286. The database record also shows that Inmate Bratton was
4  issued a CDC Form 695 screening form, as described in paragraph four above, that instructed
5  him how to proceed if he believed the screen out was in error.

6      7.  Attached as Exhibit B is a true and correct copy of the inmate appeal log number CTF-
7  07-00286. The status report at exhibit A shows that this appeal was received by the CTF Inmate
8  Appeals Office on January 23, 2007, and was completed on February 28, 2007, through the
9  second level of review.

10     I declare under penalty of perjury that the foregoing is true and correct. Executed at
11  Soledad, California, on April 30, 2008.

                                        _____
                                        P. Santiago
                                        Appeals Coordinator

40246110.wpd
SF2008400402

Decl. Santiago in Support of Mot. to Dismiss                R. Bratton v. B. Curry, et al.
                                                            C 07-2928 JSW