# EXHIBIT A

Correctional Training Facility

06/11/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate / Parolee Appeals Tracking System - Level I & II**

Statistic Sheet

Log Number: CTF-S-   Area Of Origin: UNIT III-C,D,E,F   Last Name: BRATTON   First Name: RONALD   CDC Number: J45341
Housing At Time Of Appeal: CFCWT100000133L   Group Appeal:   Issue Subcategory: Level of Placement
Current Housing: CFCWT100000133L   Issue: CUSTODY/CLASS.

Inmate Information

Appeal Abuse:   Appeal Abuse Until:   Appeal Flag:   Appeal Flag Until:
Special Needs:
Other Log Numbers:

Appeal History

| Log Number | Issue | L1 Received | L1 Due | L1 Completed | L1 Disposition | L2 Received | L2 Due | L2 Completed | L2 Disposition |
|---|---|---|---|---|---|---|---|---|---|
| CTF-S- | MEDICAL | | | | | | | | |
| CTF-S- | CUSTODY/CLASS. | | | | | | | | |
| CTF-S- | CUSTODY/CLASS. | | | | | | | | |
| CTF-S-08-01160 | MEDICAL | 03/24/2008 | 05/06/2008 | 04/15/2008 | GRANTED | | | | |
| CTF-S-07-04110 | FUNDS | 10/24/2007 | 12/10/2007 | 12/05/2007 | GRANTED IN PART | 12/14/2007 | 01/15/2008 | 01/18/2008 | DENIED |
| CTF-S- | FUNDS | | | | | | | | |
| CTF-S- | WORK INCENTIVE | | | | | | | | |
| CTF-S-07-03042 | MEDICAL | 08/14/2007 | 09/26/2007 | 09/28/2007 | GRANTED IN PART | 10/17/2007 | 11/15/2007 | 11/14/2007 | GRANTED |
| CTF-S-07-02262 | MEDICAL | 06/20/2007 | 08/02/2007 | 07/26/2007 | GRANTED IN PART | 08/01/2007 | 08/29/2007 | 08/28/2007 | GRANTED IN |
| CTF-S-07-01891 | MEDICAL | 05/18/2007 | 07/02/2007 | 07/03/2007 | GRANTED | | | | |
| CTF-S-07-01550 | MAIL | 04/23/2007 | 06/05/2007 | 05/10/2007 | DENIED | 05/10/2007 | 06/08/2007 | 05/25/2007 | DENIED |
| CTF-S-07-01296 | MAIL | 04/04/2007 | 05/16/2007 | 05/14/2007 | GRANTED IN PART | | | | |
| CTF-S- | LIVING CONDITIONS | | | | | | | | |
| CTF-S- | LIVING CONDITIONS | | | | | | | | |
| CTF-S- | MAIL | | | | | | | | |
| CTF-S-07-01243 | MEDICAL | 03/30/2007 | 05/11/2007 | 05/08/2007 | GRANTED | 05/18/2007 | 06/18/2007 | 06/19/2007 | GRANTED |
| CTF-S-07-00286 | LIVING CONDITIONS | 01/23/2007 | 03/08/2007 | 02/08/2007 | GRANTED IN PART | 02/14/2007 | 03/15/2007 | 02/28/2007 | GRANTED IN |
| CTF-C-06-03643 | STAFF COMPLAINTS | 11/03/2006 | 12/20/2006 | 12/20/2006 | GRANTED IN PART | | | | |
| CTF-C-06-02409 | MEDICAL | 07/28/2006 | 09/11/2006 | 09/25/2006 | DENIED | | | | |
| CTF-C- | MEDICAL | | | | | | | | |

Page: 1

Correctional Training Facility

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate / Parolee Appeals Tracking System - Level I & II
Statistic Sheet

06/11/2008

| Level | Received | Screened Out | Reason | | | Note |
|---|---|---|---|---|---|---|
| CTF-C-06-01670 | MEDICAL | 05/30/2006 | 07/12/2006 | 10/26/2006 | GRANTED | |
| CTF-C- | LIVING CONDITIONS | | | | | |
| CTF-C- | LIVING CONDITIONS | | | | | |
| CTF-C-05-03570 | STAFF COMPLAINTS | 11/02/2005 | 12/19/2005 | 12/27/2005 | GRANTED IN PART | 01/26/2006 | DENIED |
| CTF-C- | PROPERTY | | | | | |
| CTF-C-05-03480 | PROPERTY | 11/02/2005 | 12/19/2005 | 11/28/2005 | GRANTED | | |
| CTF-C- | STAFF COMPLAINTS | | | | | |
| CTF-C- | ADA | | | | | |
| CTF-C-05-02426 | WORK INCENTIVE | 07/29/2005 | 09/12/2005 | 08/29/2005 | DENIED | 09/27/2005 | DENIED |
| CTF-C-05-02030 | MEDICAL | 06/23/2005 | 08/05/2005 | 07/28/2005 | DENIED | 08/30/2005 | DENIED |
| CTF-C-05-01978 | CUSTODY/CLASS. | 06/20/2005 | 08/02/2005 | 07/08/2005 | GRANTED IN PART | 08/01/2005 | DENIED |
| CTF-C-05-01506 | WORK INCENTIVE | 05/16/2005 | 06/28/2005 | 06/24/2005 | DENIED | 07/01/2005 | |
| CTF-C-05-00144 | FUNDS | 01/13/2005 | 02/28/2005 | 03/16/2005 | DENIED | | |
| CTF-C-05-00054 | ADA | 01/05/2005 | 01/27/2005 | 01/18/2005 | CANCELLED | | |
| CTF-C-04-03466 | MEDICAL | 12/23/2004 | 02/04/2005 | 02/09/2005 | GRANTED | | |
| CTF-C-04-02866 | MEDICAL | 10/18/2004 | 12/02/2004 | 10/29/2004 | DENIED | 11/01/2004 | 12/02/2004 | 12/13/2004 | GRANTED |
| CTF-C-04-00256 | WORK INCENTIVE | 01/20/2004 | 03/09/2004 | 03/02/2004 | DENIED | 01/20/2004 | 04/13/2004 | 04/07/2004 | DENIED |
| CTF-C-03-01941 | MEDICAL | 07/22/2003 | 09/03/2003 | 08/07/2003 | GRANTED | | |
| CTF-C- | PROPERTY | | | | | |
| CTF-C- | MEDICAL | | | | | |
| CTF-S- | LIVING CONDITIONS | | | | | |
| CTF-C- | MEDICAL | | | | | |
| CTF-C- | LEGAL | | | | | |
| CTF-C- | ADA | | | | | |
| CTF-C- | LIVING CONDITIONS | | | | | |
| CTF-C- | MEDICAL | | | | | |

Screen Outs

Page: 2

Correctional Training Facility

06/11/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate / Parolee Appeals Tracking System - Level I & II
### Statistic Sheet

| Level | | |
|---|---|---|
| Level I | 05/28/2008 | 05/28/2008 | INCOMPETE APPEAL - DOCUMENTS NOT ATTACHED   CDC 695 dated 3-31-08.   Failed to provide necessary copies |

Correctional Training Facility

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate / Parolee Appeals Tracking System - Level I & II

Statistic Sheet

**Informal Level**
-- Assignments --

Received:         Due:         Completed:         Assigned         Assigned To         Disposition:         Replied

**Level I**
-- Assignments --

Received:         Due:         Completed:         Assigned         Assigned To         Disposition:         Replied

**Level II**
-- Assignments --

Received:         Due:         Completed:         Assigned         Assigned To         Disposition:         Replied

**Level III**

Received:         Due:         Completed:         Disposition:

Correctional Training Facility

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate / Parolee Appeals Tracking System - Level I & II

Statistic Sheet

Investigation Type:

**Staff Involved**

| Last Name | First Name | Job Classification | Resolution |
|---|---|---|---|

Level    Modification Order Type

**Modification Orders**

| Assigned To | Sent | Due | Completed | Grant Reason |
|---|---|---|---|---|

Administrative / Serious:

115 Log Number:

**115 Information**

Hearing Officer:                    Discovery:

Cash Award:           Amount Awarded:

**Reimbursement**

Factor:                              Reimbursement With Like Item(s):
Comment:                             Inmate Signed Waiver:

Comment

06/11/2008

Page: 5