1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5846
    Fax:  (415) 703-5480
8   Email:  Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
   Raghunath, Grannis, Aboytes and Klein

10

11

                 IN THE UNITED STATES DISTRICT COURT
12
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                      SAN FRANCISCO DIVISION
14

15  **RONALD BRATTON,**                       Case No. C 07-2928 JSW

16                              Plaintiff,    **DECLARATION OF N.
                                              GRANNIS IN SUPPORT OF
17            v.                              DEFENDANTS' MOTION TO
                                              DISMISS**
18  **BEN CURRY,**

19                              Defendants.

20

21  I, N. GRANNIS, declare as follows:

22      1.    I am employed by the California Department of Corrections and Rehabilitation

23  (CDCR) as the Chief of the Inmate Appeals Branch.  I am competent to testify to the matters set

24  forth in this declaration, and if called upon to do so, I would and could so testify.  I submit this

25  declaration in support of Defendants' Motion to Dismiss.

26      2.    I am familiar with the sections of Title 15 of the California Code of Regulations that

27  govern an inmate appeal.  Section 3084.5 describes the levels of appeal that are available to an

28  inmate.  Section 3084.5(e)(2) provides that "[t]hird level review constitutes the director's

Decl. N. Grannis in Support Mot. to Dismiss                    *R. Bratton v. B. Curry, et al.*
                                                                         C 07-2928 JSW

1   decision on an appeal, and shall be conducted by a designated representative of the Director

2   under supervision of the chief, inmate appeals." Attached as exhibit A is a copy of the sections

3   relevant to inmate appeals, updated through September 7, 2007.

4        3.   Attached as exhibit B is the CDC Form 602 used by an inmate when the inmate files an

5   administrative appeal. The CDC Form 602 informs inmates of how to proceed "if dissatisfied"

6   with a particular level of decision.

7        4.   The Director's decision exhausts the administrative remedies available to an inmate

8   within CDCR. The Director's decision also advises an inmate that the decision constitutes the

9   exhaustion of administrative remedies available to the inmate within CDCR.

10       5.   The Inmate Appeals Branch keeps an electronic record of each inmate appeal that has

11  proceeded through the final level of review, the Director's Level, also referred to as the third

12  level. When an appeal is received by the Inmate Appeals Branch and is accepted for review, it

13  will be given an appeal number and will be logged into the system. The system was commenced

14  in 1993. The following information will be kept in the electronic record: Inmate Appeals Branch

15  (IAB) log number; category (nature/subject) of the appeal; institutional log number of the appeal;

16  inmate name and CDCR number; institution where the appeal arose; date that the appeal is

17  received and closed; and the final disposition of the appeal.

18       a.   CDCR does not keep copies of appeals that have been screened out. These

19  appeals are returned to the inmate with a letter that explains the reason for the screen out and

20  instructs the inmate what to do if the inmate disagrees with the lower-level disposition of the

21  appeal. CDCR does, however, keep the following information in the electronic record for screen

22  outs: IAB log number; category (nature/subject) of the appeal; institutional log number of the

23  appeal (if available); inmate name and CDCR number; institution where the appeal arose; date

24  that the appeal is received; date the appeal is screened out; and the reason for the screen out. The

25  electronic record keeping system was revised in July 2007. Records in the new electronic record

26  keeping system that were imported from the old system currently display the same date for when

27  the appeal was received and when it was screened out, even if the appeal was screened out on a

28  later date than it was received.

Decl. N. Grannis in Support Mot. to Dismiss                    *R. Bratton v. B. Curry, et al.*
                                                               C 07-2928 JSW

2

6. A search of the computerized system has been conducted for Inmate Ronald Bratton. CDCR number J-45341. Attached as exhibit C is a true and correct copy of the Inmate Appeals Branch computer printout report of each inmate appeal that was submitted by Inmate Bratton that was either accepted for review or screened out at the Director's Level.

a. Exhibit C shows that appeal log number CTF-07-00286 was completed at the Director's level of review on May 21, 2007.

b. Exhibit C also shows that an appeal concerning the issue of living conditions was received on April 6, 2007. This appeal was screened out because it was not completed through the second level of review.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California, on June 19, 2008.

N. Grannis
Chief, Inmate Appeals Branch

Decl. N. Grannis in Support Mot. to Dismiss

R. Bratton v. B. Curry, et al.
C 07-2928 JSW

3