**EXHIBIT C**

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Inmate / Parolee Appeals Tracking System - Level III
### Appellant Appeal History
CDCR Number: J45341

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| J45341 | BRATTON, RONALD | CTF | 05/02/2002 | | |

### Accepted Appeals

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0311214 | WORK INCENTIVE | Prior to subcategory | 04/19/2004 | CTF-04-00256 | 07/14/2004 | 07/12/2004 | DENIED |
| 0502384 | WORK INCENTIVE | Prior to subcategory | 08/26/2005 | CTF-05-01506 | 11/23/2005 | 11/07/2005 | DENIED |
| 0505406 | MEDICAL | Prior to subcategory | 11/16/2005 | CTF-05-02030 | 02/16/2006 | 01/27/2006 | DENIED |
| 0506567 | WORK INCENTIVE | Prior to subcategory | 12/16/2005 | CTF-05-02426 | 03/17/2006 | 03/09/2006 | DENIED |
| 0509173 | STAFF COMPLAINTS | Prior to subcategory | 02/16/2006 | CTF-05-03570 | 05/15/2006 | 05/15/2006 | DENIED |
| 0611152 | LIVING CONDITIONS | Prior to subcategory | 03/07/2007 | CTF-07-00286 | 05/31/2007 | 05/21/2007 | DENIED |
| 0616213 | MAIL | Prior to subcategory | 06/08/2007 | CTF-07-01550 | 09/04/2007 | 09/04/2007 | DENIED |
| 0701100 | MEDICAL | Other | 07/09/2007 | CTF-07-01243 | 10/02/2007 | 10/12/2007 | DENIED |
| 0708043 | MEDICAL | Medication | 09/11/2007 | CTF-07-02262 | 12/07/2007 | 12/04/2007 | DENIED |
| 9508461 | MEDICAL | Prior to subcategory | 04/26/1996 | -96-01133 | 05/31/1996 | 06/28/1996 | DENIED |
| 9509749 | TRANSFER | Prior to subcategory | 06/06/1996 | -96-01816 | 07/05/1996 | 08/16/1996 | DENIED |
| 9800706 | MEDICAL | Prior to subcategory | 07/15/1998 | NKSP-97-01632 | 10/08/1998 | 09/11/1998 | WITHDRAWN |
| 9800707 | FUNDS | Prior to subcategory | 07/15/1998 | NKSP-98-00337 | 10/08/1998 | 09/11/1998 | DENIED |
| 9906000 | DISCIPLINARY | Prior to subcategory | 02/08/2000 | NKSP-99-01119 | 05/02/2000 | 08/21/2000 | DENIED |

### Screen Outs

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0505406 | MEDICAL | Prior to subcategory | 09/15/2005 | CTF-05-02030 | 09/15/2005 | | MISSING DOCUMENTATION |
| 0729754 | CUSTODY/CLASS | | | | 04/25/2008 | 06/04/2008 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5001683 | MEDICAL | Prior to subcategory | 02/01/2005 | CTF-04-02866 | 02/01/2005 | | APPEAL GRANTED AT |

Inmate Appeals Branch

06/12/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| J45341 | BRATTON, RONALD | CTF | 05/02/2002 | | |
| 5037011 | LIVING CONDITIONS | | Prior to subcategory | 04/06/2007   04/06/2007 | INSTITUTIONAL LEVEL MUST BE COMPLETED THROUGH 2ND LEVEL |