1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5846
     Fax:  (415) 703-5480
8    Email:  Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
   Raghunath, Grannis, Aboytes, and Klein

10

11                 IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15  **RONALD BRATTON,**                    Case No. C 07-2928 JSW

16                          Plaintiff,     **DECLARATION OF J.
                                           CHUDY IN SUPPORT OF**
17             v.                          **DEFENDANTS' MOTION
                                           FOR SUMMARY JUDGMENT**
18  **BEN CURRY,**

19                          Defendants.

20

21  I, J. CHUDY, declare as follows:

22      1.    I am the Chief Medical Officer and Health Care Manager for the Correctional Training

23  Facility (CTF).  As the Chief Medical Officer and Health Care Manager, I direct all medical care

24  at CTF and oversee the operation of the medical, mental health, and dental programs as well as

25  the infirmary.  I have been licensed to practice medicine in the state of California since 1982, and

26  board certified in Family Medicine since 1984.  I have been employed by the California

27  Department of Corrections and Rehabilitation (CDCR) since 2001 and have been Chief Medical

28  Officer at CTF since 2006.  I am competent to testify to the matters set forth in this declaration,

Decl. J. Chudy in Support of Defs.' Mot. Summ. J.                    *R. Bratton v. B. Curry, et al.*
                                                                     C 07-2928 JSW

1   and if called upon to do so, I would and could so testify. I submit this declaration in support of

2   Defendants' Motion for Summary Judgment.

3       2.    I have reviewed the medical records for inmate Ronald Bratton, CDCR number J-

4   45341. Inmate medical records are kept in the course of regularly conducted business activity

5   and every effort is made to maintain the accuracy and integrity of each record.

6       3.    Inmate Bratton's medical records show that his blood chemistry is consistent with

7   chronic lymphocytic leukemia (CLL) because his white blood count and particularly his

8   lymphocytes have been elevated. His recommended treatment plan has been to monitor his white

9   blood count by taking a complete blood count about every four months. He might require

10  additional treatment if he had a rapid rise in white blood count, decrease in performance status,

11  or decreased hemoglobin or platelet count. Inmate Bratton's medical records do not show that he

12  has exhibited any of these symptoms or requires additional treatment.

13      a.    Attached as Exhibit A is a true and correct copy of a report from Dr. Sanjay R.

14  Ganpule dated November 8, 2006, and a flow cytometry interpretation dated November 8, 2006,

15  which document the medical information in the paragraph above.

16      4.    Laboratory analyses of inmate Bratton's blood demonstrate that his liver, kidney, blood

17  sugar, albumin, iron, cholesterol, and triglycerides are all within normal range. This indicates

18  that he does not have any nutritional deficiencies and is consuming adequate amounts of protein

19  and iron, among other nutrients. This further indicates that his vegetarian diet is not adversely

20  affecting him.

21      a.    His laboratory results also demonstrate that his white blood count has remained

22  elevated but stable since 2002. This is consistent with his diagnosis of CLL but shows that his

23  CLL is not worsening.

24      b.    Attached as Exhibit B are true and correct copies of laboratory results dated:

25  October 7, 2002; October 9, 2002; September 15, 2006; March 12, 2008; and March 18, 2008,

26  which document the medical information in the paragraph above.

27      5.    Inmate Bratton was has been diagnosed with thalassemia trait. Individuals who have

28  the thalassemia trait generally have a low to normal iron level that is considered adequate. If

Decl. J. Chudy in Support of Defs.' Mot. Summ. J.                           *R. Bratton v. B. Curry, et al.*
                                                                            C 07-2928 JSW

1  those individuals take iron supplements, then periodic blood tests are needed to monitor their

2  iron levels so that excessive iron does not lead to liver toxicity.

3          a.    Attached as Exhibit C is a true and correct copy of laboratory results dated

4  September 18, 2007, which document inmate Bratton's thalassemia trait.

5          I declare under penalty of perjury that the foregoing is true and correct.  Executed at

6  Soledad, California, on *June 20*        , 2008.

7

8

9                                    J. Chudy

10                                   Chief Medical Officer & Health Care Manager

11

201117597.wpd
SP2008400402

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. J. Chudy in Support of Defs.' Mot. Summ. J.                    *R. Bratton v. B. Curry, et al.*
                                                                    C 07-2928 JSW