# EXHIBIT B

**U**

UNILAB
967 Mabury Road   1(40 )268-9850
San Jose, CA 95133   1(6        8008

| atient Name: | Client: 91315          1001 | Accession No. |
|---|---|---|
| BRATTON,J45341 | CORRECTIONAL TRAINING FACILITY | V4314468 |

age/DOB: NOT GIVEN

ex:    NOT GIVEN

HIGHWAY 101 NORTH
SOLEDAD, CA  93960

GREWAL,
831-678-3951 X4104

| | |
|---|---|
| Collected: | 10/07/02 07:06 |
| Received: | 10/07/02 11:50 |
| Reported: | 10/09/02 19:01 |
| Re-reported: | 11/01/02 10:38 |
| Report Status: | FINAL   Page: 1 |

| est | In Range | Out of Range | Reference | Units | LOC |
|---|---|---|---|---|---|
| Requisition #: 91315,10,9232 | | | | | |
| AGE AND/OR SEX NOT KNOWN. FOR TESTS WITH REFERENCE RANGES WHICH VARY | | | | | |
| AS A FUNCTION OF AGE OR SEX, WE CANNOT PROVIDE AGE OR SEX-SPECIFIC | | | | | |
| REFERENCE RANGES. | | | | | |
| **CBC/PLATELETS** | | | | | |
| WHITE CELL COUNT | | 23.0   H | 4.1-11.3 | THOU/UL | SJ |
| RED CELL COUNT | | 5.59   H | 3.9-5.5 | MILL/UL | SJ |
| HEMOGLOBIN | 13.3 | | 12.0-18.0 | G/DL | SJ |
| HEMATOCRIT | 43.4 | | 36.0-64.0 | % | SJ |
| MCV | | 78   L | 80-103 | fL | SJ |
| MCH | | 23.7   L | 27.0-34.0 | pg | SJ |
| MCHC | | 30.5   L | 31.0-36.0 | g/dL | SJ |
| PLATELET COUNT | 174 | | 150-400 | THOU/UL | SJ |
| NEUTROPHILS | | 29   L | 45-75 | % | SJ |
| LYMPHOCYTES | | 66   H | 20-46 | % | SJ |
| MONOCYTES | 3 | | 1-13 | % | SJ |
| EOSINOPHILS | 1 | | 0-6 | % | SJ |
| BASOPHILS | 1 | | 0-3 | % | SJ |
| RBC MORPHOLOGY ONLY | | | | | SJ |
|   MICROCYTOSIS 1+ | | | | | |
|   HYPOCHROMIA - 1+ | | | | | |
| **IMMUNOLOGY/SEROLOGY** | | | | | |
| DIRECT COOMBS | NEGATIVE | | NEGATIVE | | SJ |
| **CHEMISTRY** | | | | | |
| FERRITIN | 40 | | 10-322 | NG/ML | SJ |
| **ELECTROPHORESIS** | | | | | |
| PROTEIN ELECTROPHORESIS, SERUM | | | | | |
| TOTAL PROTEIN | 6.5 | | 6.0 - 8.0 | G/DL | SC |
| ALBUMIN | 4.1 | | 3.2 - 5.6 | G/DL | SC |
| GLOBULIN | 2.4 | | | G/DL | SC |
| A/G RATIO | 1.7 | | | | SC |
| ALPHA-1-GLOBULIN | 0.2 | | 0.1 - 0.6 | G/DL | SC |
| ALPHA-2-GLOBULIN | 0.8 | | 0.4 - 1.2 | G/DL | SC |
| BETA GLOBULIN | 0.6 | | 0.5 - 1.0 | G/DL | SC |
| GAMMA GLOBULIN | 0.9 | | 0.6 - 1.7 | G/DL | SC |
| COMMENT: | | | | | SC |
|   VALUES AND ELECTROPHORESIS PATTERN APPEAR NORMAL. | | | | | |
| **IMMUNOGLOBULIN&PROT.ELECTROPHORESIS** | | | | | |
| IMMUNOFIXATION & IMMUNOGLOBULINS | | | | | |
| IMMUNOGLOBULIN G | 1140 | | 680 - 1445 | MG/DL | SC |
| IMMUNOGLOBULIN A | 123 | | 83 - 407 | MG/DL | SC |
| IMMUNOGLOBULIN M | | 7   L | 34 - 214 | MG/DL | SC |
| TOTAL PROTEIN | 6.5 | | 6.0 - 8.0 | G/DL | SC |
| ALBUMIN | 4.1 | | 3.2 - 5.6 | G/DL | SC |
| GLOBULIN | 2.4 | | | G/DL | SC |
| A/G RATIO | 1.7 | | | | SC |
| ALPHA-1-GLOBULIN | 0.2 | | 0.1 - 0.6 | G/DL | SC |

REPORT CONTINUED ON NEXT PAGE / LEGEND ON LAST PAGE

V4314468    BRATTON,J45341

Refer to reverse side for Performing Locatio

CONTINUED REPORT

**U**
UNILAB
967 Mabury Road    (408) 288-9850
San Jose, CA 95133    (6    8008

| | | |
|---|---|---|
| atient Name: | Client: 91315    1001 | Accesion No. |
| BRATTON,J45341 | CORRECTIONAL TRAINING FACILITY | V4314468 |
| ge/DOB: NOT GIVEN | | Collected: 10/07/02 07:06 |
| ex: NOT GIVEN | HIGHWAY 101 NORTH | Received: 10/07/02 11:50 |
| | SOLEDAD, CA 93960 | Reported: 10/09/02 19:01 |
| | | Re-reported: 11/01/02 10:38 |
| | GREWAL, | Report Status: FINAL  Page: 2 |
| | 831-678-3951 X4104 | |

| est | In Range | Out of Range | Reference | Units | LOC |
|---|---|---|---|---|---|
| ALPHA-2-GLOBULIN | 0.8 | | 0.4 — 1.2 | G/DL | SC |
| BETA GLOBULIN | 0.6 | | 0.5 — 1.0 | G/DL | SC |
| GAMMA GLOBULIN | 0.9 | | 0.5 — 1.7 | G/DL | SC |
| COMMENT: | | | | | SC |
| VALUES AND ELECTROPHORESIS PATTERN APPEAR NORMAL. | | | | | |
| IMMUNOFIXATION INTERPRETATION | | | | | SC |
| NO ABNORMAL PROTEINS IDENTIFIED. | | | | | |

PERFORMING FACILITY
-------------------
SC - Unilab, 3714 Northgate Boulevard, Sacramento, CA  95834
     Gerald E Simon, M.D., (800) 952-6691
SJ - Unilab, 967 Mabury Road, San Jose, CA  95133
     Jeffrey F. Young, M.D., (800) 288-9850

LAST PAGE OF REPORT

V4314468    BRATTON,J45341

Refer to reverse side for Performing Locatio



3714 Northgate Blvd. Sacramento, CA 95834
Gerald E. Simon, M.D./Medical Director

Name: BRATTON,J45341

ID : XV4314468

Age:        Sex:

Physician: GREWAL,

Date : 10/09/2002

Sample num.: 5

Sample date: 10/07/2002



## Serum Protein Electrophoresis

| Fractions | % | g/dl | Ref. g/dl |
|---|---|---|---|
| Albumin | 62.9 | 4.09 | 3.20 - 5.60 |
| Alpha 1 | 2.5 | 0.16 | 0.10 - 0.60 |
| Alpha 2 | 12.0 | 0.78 | 0.40 - 1.20 |
| Beta | 9.4 | 0.61 | 0.50 - 1.00 |
| Gamma | 13.2 | 0.86 | 0.50 - 1.70 |

T.P.: 6.5

A/G: 1.7

Comment :   4-#E6000- VALUES AND ELECTROPHORETIC PATTERN
                   APPEARS  NORMAL.

1120533 - Bratton, Ronald

**Foundation Laboratory**
1716 W. Holt Ave.
Pomona, CA 91768
Ph (909) 623 9301
Fax (909) 623 9306

**Patient Name:**
  Bratton, Ronald
**Physician:**
  PARKINSON,MD(CTF)
**Patient I.D.**        Date of Birth     Age:    Sex:
  J45341               3/11/1948         58      M
**Accession:**         Other ID:
  1120533

**Client:**
CORRECTIONAL TRAINING FACILITY
HIGHWAY 101N
SOLEDAD, CA 93960
CONTRACT# CTF03009,

                       Date:    Time:  Status:
Collected:   9/15/06   6:30   FINAL
Received:    9/15/06   23:00
Reported:    9/16/06   14:38

| Test | Normal | Abnormal | Units | Reference |
|---|---|---|---|---|
| CW 133L | | | | |
| FASTING | | | | |
| **CHEMISTRY** | | | | |
| SODIUM, SERUM | 145 | | mEq/L | 136-145 |
| POTASSIUM, SERUM | 4.5 | | mEq/L | 3.5-5.1 |
| CHLORIDE,SERUM | 109.5 | | mEq/L | 101-111 |
| CO2 | 24.3 | | mEq/L | 22-30 |
| ANION GAP | 11.0 | | | 0.0-25.0 |
| CALCIUM, SERUM | 9.3 | | mg/dL | 8.4-10.3 |
| GLUCOSE | 77.0 | | mg/dL | 70-105 |
| BUN, SERUM | | 25.0 H | mg/dL | 8-20 |
| CREATININE, SERU | | 1.8 H | mg/dL | 0.6-1.3 |
| BUN CREA RATIO | 13.9 | | Ratio | 6.0-42.0 |
| OSMOLALITY CALC | 291.91 | | | |
| PHOSPHORUS | 4.50 | | mg/dL | 2.4-4.7 |
| TOTAL PROTEIN | 6.8 | | g/dL | 6.6-8.2 |
| ALBUMIN,SERUM | 3.9 | | g/dL | 3.2-5.5 |
| GLOBULIN | 2.9 | | | 1.8-5.0 |
| A/G RATIO | 1.3 | | Ratio | 0.9-1.9 |
| SGOT (AST) | 24.0 | | U/L | 10-42 |
| SGPT(ALT) | | 9.0 L | U/L | 10-60 |
| LD,SERUM | 167.00 | | | 91-180 |
| URIC ACID, SERUM | | 7.50 H | mg/dL | 2.6-7.2 |
| ALK. PHOSPHATASE | 113.0 | | U/L | 42-128 |
| TOTAL BILIRUBIN | 0.50 | | mg/dL | 0.1-1.5 ADULT |
| GGT,SERUM | 22.00 | | U/L | 7-64 |
| **SPECIAL CHEMISTRY** | | | | |
| FERRITIN | 44.6 | | ng/mL | 22-322 |
| **LIPID STUDIES** | | | | |
| TRIG | 52.0 | | mg/dL | <150 |

  RANGES: *EFFECTIVE 9/15/2006*
  <150 NORMAL
  150-199 BORDERLINE HIGH
  200-499 HIGH

| CHOLESTEROL, SR | 185.0 | | mg/dL | <200 |

  RANGES: *EFFECTIVE 9/13/2006*
  <200 DESIRABLE
  200-239 BORDERLINE HIGH
  > OR = 240 HIGH

| HDL CHOLESTEROL | 50.7 | | mg/dL | >40 |

  RANGES: *EFFECTIVE 9/15/2006*
  <40 LOW
  >40 DESIRABLE
  > OR 60 NEGATIVE RISK FACTOR

## LABORATORY REPORT



# FOUNDATION LABORATORY

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CORRECTIONAL TRAINING FACILITY
HIGHWAY 101N
SOLEDAD, CA 93960
CONTRACT# CTF03009,

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Bratton, Ronald | 60 | 3/11/48 | M | J45341 | 1794036 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME | PHYSICIAN |
|---|---|---|---|---|
| 3/12/08 | 9:10 | 3/12/08 | 23:00 | KALISHER, MD (CTF) |

| REPORT DATE | REPORT TIME | | STATUS | PAGE |
|---|---|---|---|---|
| 3/17/08 | 19:03 | RESULT | FINAL | 1 |

| TEST | OUT OF RANGE | IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| C133D | | | | |
| **HEMATOLOGY** | | | | |
| WBC | 13.8 H | | 103/uL | 4.2-10.5 |
| RBC | | 5.0 | 106/uL | 4.6-6.2 |
| HgB | 12.3 L | | g/dL | 14-18 |
| HCT | 37.1 L | | % | 42-52 |
| MCV | 74.4 L | | um3 | 80-94 |
| MCH | 24.6 L | | pg | 27-34 |
| MCHC | | 33.1 | % | 32.0-36.0 |
| RDW | | 14.8 | % | 11-14.8 |
| PLATELETS | | 162 | 103/uL | 150-400 |
| MPV | | 10.0 | cu/mm | 6.8-10.6 |
| GRANULOCYTES % | 28.7 L | | % | 48.9-69.9 |
| GRANULOCYTES# | | 3.97 | 103/uL | 1.5-6.7 |
| LYMPHOCYTES % | 66.3 H | | % | 22.4-43.6 |
| LYMPHOCYTES# | 9.17 H | | 103/uL | 1.5-4.0 |
| MONOCYTES % | 3.4 L | | % | 6.2-9.8 |
| MONOCYTES# | | 0.47 | 103/uL | 0.2-0.8 |
| EOSINOPHIL % | | 1.1 | % | 0-5.0 |
| EOSINOPHIL# | | 0.15 | 103/uL | 0-0.40 |
| BASOPHIL % | | 0.5 | % | 0-2.0 |
| BASOPHIL# | | 0.07 | 103/uL | 0-0.20 |
| | | | | |
| RBC MORPHOLOGY | | SeeBelow | | |
| HYPOCHROMASIA | SLIGHT | | | None |
| MICROCYTOSIS | SLIGHT | | | None |
| | | | | |
| **CHEMISTRY** | | | | |
| SODIUM, SERUM | | 141 | mEq/L | 135-146 |
| POTASSIUM, SERUM | | 3.7 | mEq/L | 3.5-5.3 |
| CHLORIDE, SERUM | | 109 | mEq/L | 101-112 |
| CO2 | | 25.3 | mEq/L | 22-32 |
| ANION GAP | | 10.4 | | 0.0-25.0 |
| CALCIUM, SERUM | | 9.2 | mg/dL | 8.9-10.3 |

FORM 100C

1716 West Holt Ave.    •    Pomona, CA 91768    •    (909) 623-9301    •    FAX (909) 623-9306

# LABORATORY REPORT



# FOUNDATION LABORATORY

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CORRECTIONAL TRAINING FACILITY
HIGHWAY 101N
SOLEDAD, CA 93960
CONTRACT# CTF03009

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Bratton, Ronald | 60 | 3/11/48 | M | 145341 | 1794038 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME | PHYSICIAN |
|---|---|---|---|---|
| 3/12/08 | 9:10 | 3/12/08 | 23:00 | KALISHER, MD (CTF) |

| REPORT DATE | REPORT TIME | STATUS | PAGE |
|---|---|---|---|
| 3/17/08 | 19:03 | FINAL | 2 |

| TEST | OUT OF RANGE | IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| GLUCOSE | | 91.0 | mg/dL | 65-100 FASTING REFENCE |
| BUN, SERUM | | 20.0 | mg/dL | 7.0-30.0 |
| CREATININE, SERU | 1.4 H | | mg/dL | 0.7-1.2 |
| BUN CREA RATIO | | 14.3 | Ratio | 6.0-42.0 |
| OSMOLALITY CALC | | 283.46 | | |
| TOTAL PROTEIN | | 6.3 | g/dL | 6.1-7.9 |
| ALBUMIN,SERUM | | 3.6 | g/dL | 3.5-5.0 |
| GLOBULIN | | 2.7 | | 1.8-5.0 |
| A/G RATIO | | 1.3 | Ratio | 0.9-1.9 |
| SGOT (AST) | | 25.0 | U/L | 15-41 |
| SGPT (ALT) | 15.0 L | | IU/L | 17-63 |
| ALK. PHOSPHATASE | | 92.0 | U/L | 38-126 |
| TOTAL BILIRUBIN | | 0.5 | mg/dL | 0.4-2.0 ADULT |

FORM 100C

1716 West Holt Ave.   •   Pomona, CA 91768   •   (909) 623-9301   •   FAX (909) 623-9306

## LABORATORY REPORT



# FOUNDATION LABORATORY

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CORRECTIONAL TRAINING FACILITY
HIGHWAY 101N
SOLEDAD, CA 93960
CONTRACT# CTF03009,

| PATIENT NAME | AGE Y. | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Bratton, Ronald | 60 | 3/11/48 | M | J45341 | 1794030 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME | PHYSICIAN |
|---|---|---|---|---|
| 3/12/08 | 9:10 | 3/12/08 | 23:00 | KALISHER, MD (CTF) |

| REPORT DATE | REPORT TIME | RESULT | STATUS | PAGE |
|---|---|---|---|---|
| 3/17/08 | 19:03 | | FINAL | 1 |

| TEST | OUT OF RANGE | IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|

```
SPECIAL CHEMISTRY
HgB A1C                              6.0          %       3.9-6.1
         PERFORMED AT:QUEST DIAGNOSTICS, 8401 FALLBROOK AVE.,WEST HILLS,CA 91304
MEAN PLASMA GLUC                     136          mg/dL
         THE FOLLOWING TABLE(1) DEPICTS THE RELATIONSHIP BETWEEN HbA1C AND MEAN
         PLASMA GLUCOSE.

                                    TABLE

         HbA1C(%)     APPROX. MEAN PLASMA GLUCOSE(2)(MG/DL)   INTERPRETATION
         ---------------------------------------------------------------------
            4                     65                          NON-DIABETIC RANGE
            5                    100                          NON-DIABETIC RANGE
            6                    135                          NON-DIABETIC RANGE
            7                    170                          ADA TARGET (3)
            8                    205                          ABOVE TARGET
            9                    240                          ABOVE TARGET
           10                    275                          ABOVE TARGET
           11                    310                          ABOVE TARGET
           12                    345                          ABOVE TARGET

         FOOTNOTES:
         (1)DIABETES CARE, 25;275-278,2002
         (2)MEAN BLOOD GLUCOSE RESULTS ARE 10-15% LOWER. MOST BLOOD GLUCOSE
         METERS ARE CALIBRATED TO READ AS PLASMA GLUCOSE.
         (3)DIABETES CARE 2004;27 (SUPPL. 1) S91-S93
```

## LABORATORY REPORT



# FOUNDATION
# LABORATORY

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CORRECTIONAL TRAINING FACILITY
HIGHWAY 101N
SOLEDAD, CA 93960
CONTRACT# CTF03009,

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Bratton, Ronald | 60 | 3/11/48 | M | 145341 | 1794030 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME | PHYSICIAN |
|---|---|---|---|---|
| 3/12/08 | 9:10 | 3/12/08 | 23:00 | KALISHER, MD (CTF) |

| REPORT DATE | REPORT TIME | STATUS | PAGE |
|---|---|---|---|
| 3/17/08 | 19:03 | FINAL | |

| TEST | OUT OF RANGE | IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| ANEMIA PANEL | | | | |
| FERRITIN | | 46.9 | ng/mL | 22-322 |
| FOLATE | | 21.3 | ng/mL | >5.38 |
| VITAMIN B12 | | 306.0 | pg/mL | 211-911 |
| IRON, SERUM | 44.00 L | | ug/dL | 45-182 |
| TIBC, SERUM | | 327 | | 261-478 |
| % SATURATION | | 13.5 | % | 13-45 |
| | | | | |
| THYROID STUDIES | | | | |
| TSH-3 | | 1.759 | uIU/mL | 0.350-5.500 |
| T4 FREE | | 1.02 | ng/dL | 0.89-1.76 |
| | | | | |
| ARTHRITIS PANEL | | | | |
| SED RATE(WINTR) | | 8 | mm/hr | 0.0-15.0 |
| RA | | Negative | | NEGATIVE |
| URIC ACID, SERUM | | 5.90 | mg/dL | 4.8-8.7 |
| | | | | |
| SEROLOGY | | | | |
| ANA SCREEN | | 0.85 | Index | <0.91 |

```
< OR = 0.90   NEGATIVE
0.91 - 1.09   EQUIVOCAL:Borderline for IgG ANA
> OR = 1.10   POSITIVE: Presence of IgG ANA antibodies
```

| TUMOR MARKERS | | | | |
|---|---|---|---|---|
| PSA | | 0.49 | ng/mL | 0.0-4.0 |

METHOD: Bayer ADVIA Centaur Chemiluminescence
Values obtained with different assay methods cannot be used
interchangeably.

NOTE: Do not interpret levels of PSA as absolute evidence of the
presence or the absence of malignant disease. Measurements of PSA should
always be used in conjunction with other diagnostic procedures,
including information from the patient's clinical evaluation.

According to the American Cancer Society, although most men have PSA
levels below 4.0 ng/mL, prostate cancer can cause the levels to go up.
Patients with PSA levels from 4.0-10.0 ng/mL have a 25% chance of having

FORM 100C

1716 West Holt Ave.   •   Pomona, CA 91768   •   (909) 623-9301   •   FAX (909) 623-9306

## LABORATORY REPORT



**FOUNDATION LABORATORY**
M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CORRECTIONAL TRAINING FACILITY
HIGHWAY 101N
SOLEDAD, CA 93960
CONTRACT# CTF03009.

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Bratton, Ronald | 60 | 3/11/48 | M | J45341 | 1794038 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME | PHYSICIAN |
|---|---|---|---|---|
| 3/12/08 | 9:14 | 3/12/08 | 23:20 | KALISHER, MD (CTF) |

| REPORT DATE | REPORT TIME | | STATUS | PAGE |
|---|---|---|---|---|
| 3/17/08 | 19:03 | RESULT | FINAL | 5 |

| TEST | OUT OF RANGE | IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|

prostate cancer. PSA levels above 10.0 ng/mL have an over 50% chance
which goes up with increasing PSA levels. However, some men with a PSA
below 4.0 ng/mL can also have prostate cancer.

HELICOBACTER PYLORI
H.PYLORI IGG QL          POSITIVE                                    NEGATIVE
          THIS TEST IS TO BE USED FOR QUALITATIVE DETECTION.

Signature:

FORM 100C

1716 West Holt Ave.   •   Pomona, CA 91768   •   (909) 623-9301   •   FAX (909) 623-9306

# CENTRAL COAST PATHOLOGY CONSULTANTS

3701 S. HIGUERA SUITE 200
SAN LUIS OBISPO, CA 93401
PHONE (805)541-6031 / FAX (805)785-0432

*CLIA ID #05D0643503*
*Lab Dir. Michael V. Frost M.D.*

**DUPLICATE**

Name/DOB: **Bratton, Ronald** (3/11/1948)
Patient ID: C93769
Phone number:
Collection Date: 3/18/2008    00:00
Approval date: 3/18/2008    21:30

Sex: M
Age: 60

Provider: Sanjay Ganpule
Delivery Location: GANPULE, SANJAY
Sample ID: 315028
Collected by: Provider North County
Entered by: FG

A copy of this report will be faxed to:  Out of Area Physician

This order was split into 2 orders:  315028 (Iron Panel ,FERRITIN,CMP,Handling Fee[i]), 315037 (Misc - ARUP Test[i])

Fax results to Soledad Prison at (831) 678-5908

| TEST NAME | RESULT IN RANGE | OUT OF RANGE | RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|

## FERRITIN

| FERRITIN | 72 | | [*____] | ng/mL | 30-400 |

## CMP

Is patient fasting?  Unknown

| | | | | | |
|---|---|---|---|---|---|
| GLUCOSE | 93 | | [___*_] | mg/dL | 70-105 |
| BUN | 19 | | [____*] | mg/dL | 8-21 |
| CREATININE | 1.2 | | [____*] | mg/dL | 0.7-1.3 |
| NA | 138 | | [___*_] | meq/L | 136-145 |
| K | 4.1 | | [__*__] | meq/L | 3.5-5.1 |
| CL | 101 | | [___*_] | meq/L | 98-107 |
| TCO2 | 23 | | [*____] | meq/L | 22-30 |
| CA | 9.9 | | [____*] | mg/dL | 8.6-10.4 |
| TP | 6.9 | | [__*__] | g/dL | 6.4-8.3 |
| ALB | 4.2 | | [___*_] | g/dL | 3.4-4.8 |
| GLOBULIN | 2.7 | | [__*__] | g/dL | 2.2-4.2 |
| A/G Ratio | 1.5 | | [__*__] | | 0.8-2.0 |
| ALKPH | 113 | | [____*] | U/L | 40-129 |
| AST | 22 | | [__*__] | U/L | 0-38 |
| ALT | 13 | | [__*__] | U/L | 0-41 |
| TBIL | 0.35 | | [*____] | mg/dL | 0.20-1.00 |
| GFR Estimated | 65 | | | ml/mn/1.73m2 | >60 |

This result has been calculated assuming the patient is Non- African-American. If patient is African-American multiply this result by 1.21.

## Iron Panel

| | | | | | |
|---|---|---|---|---|---|
| IRON | 81 | | [_*___] | ug/dL | 59-158 |
| UIBC | 2?? | | [__*__] | ug/dL | 112-346 |
| TIBC | ??? | | [__*__] | ug/dl | 250-450 |
| Iron % Sat | | | | % | |



Sample ID: 315028/1
END OF REPORT (Final)

RECEIVED
MAR 2 1 2008
BY
ORIGINAL

G. Kalisher, M.D
Physician/Surgeon
CTF-Soledad, CA

OK
3/20/08

J 45341

C

J 45341