# EXHIBIT C

## LABORATORY REPORT



**FOUNDATION LABORATORY**
M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CORRECTIONAL TRAINING FACILITY
HIGHWAY 101N
SOLEDAD, CA 93960
CONTRACT# CTF03009,

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Bratton, J45341 | 59 | 3/11/48 | M | J45341 | 155600 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME |
|---|---|---|---|
| 9/18/07 | 10:35 | 9/18/07 | 23:00 |

| REPORT DATE | REPORT TIME |
|---|---|
| 9/21/07 | 18:03 |

PHYSICIAN: KALISHER, MD (CTF)
STATUS: FINAL

| TEST | OUT OF RANGE | IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| C133L NON-FASTING | | | | |
| SPECIAL CHEMISTRY | | | | |
| IRON, SERUM | 41.00 L | | ug/dL | 45-182 |
| TIBC, SERUM | | 372 | | 261-478 |
| % SATURATION | 11.0 L | | % | 13-45 |
| HGB ELECTROPHORESIS | | | | |
| HEMOGLOBIN A1 | 91.7 L | | % | >96.0 |
| HEMOGLOBIN F | 2.5 H | | % | <2.0 |
| HEMOGLOBIN A2 QT | 5.8 H | | % | 1.8-3.5 |
| INTERPRETATION | See Note | | | |
| CONSISTENT WITH BETA THALASSEMIA TRAIT | | | | |
| PERFORMED AT: QUEST DIAGNOSTICS, 8401 FALLBROOK AVE., WEST HILLS, CA 9130 | | | | |

Signature: _____

1716 West Holt Ave. • Pomona, CA 91768 • (909) 623-9301 • FAX (909) 623-9306

FORM 1000