1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5846
    Fax:  (415) 703-5480
8   Email:  Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
   Raghunath, Grannis, Aboytes, and Klein

10

11

12                IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15  RONALD BRATTON,                       Case No. C 07-2928 JSW

16                        Plaintiff,      DECLARATION OF L.
                                          SCIANDRA IN SUPPORT OF
17         v.                             DEFENDANTS' MOTION
                                          FOR SUMMARY JUDGMENT
18  BEN CURRY,

19                        Defendants.

20

21     I, LISA SCIANDRA, declare as follows:

22     1.    I am a Deputy Attorney General in the California Attorney General's Office, counsel of

23  record for Defendants Curry, Chudy, Hill, Hedrick, Raghunath, Grannis, Aboytes and Klein

24  (Defendants) in the above-captioned matter.  I am competent to testify to the matter set forth in

25  this declaration, and if called upon to do so, I would and could so testify.  I submit this

26  declaration in support of Defendants' motion for summary judgment.

27     2.    Attached as Exhibit A is a true and correct copy of the Declaration of Custodian of

28  Records dated February 22, 2008.  This declaration authenticates Exhibit B below from

Decl. L. Sciandra in Support Mot. to for Summ. J.                    R. Bratton v. B. Curry, et al.
                                                                    C 07-2928 JSW

                                    1

1  Plaintiff's central file.

2          a.    Attached as Exhibit B is a true and correct copy of a CDCR Form 3030, Religious

3  Diet Request, dated January 22, 2007.

4      I declare under penalty of perjury that the foregoing is true and correct.  Executed at San

5  Francisco, California, on ____6 / 19____, 2008.

6

7

8                                          Lisa Sciandra
                                           Deputy Attorney General
9

10  20118094.wpd
    SF2008400402

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. L. Sciandra in Support Mot. to for Summ. J.                    *R. Bratton v. B. Curry, et al.*
                                                                     C 07-2928 JSW