# EXHIBIT B

STATE OF CALIFORNIA                                   DEPARTMENT OF CORRECTIONS AND REHABILITATION
**RELIGIOUS DIET REQUEST**
CDCR 3030 (09/05)
DISTRIBUTION:
ORIGINAL – C-FILE
COPY – INMATE
COPY – CHAPLAIN
COPY - CORRECTIONAL FOOD MANAGER I

| | |
|---|---|
| INMATE NAME: Bratton, Ronald | FACILITY: CTF - Central |
| CDCR NO.: J-45341 | HOUSING UNIT: C-Wing 133L |
| SIGNATURE: Ronald Bratton | DATE OF REQUEST: January 22, 2007 |

| | |
|---|---|
| RELIGION: Muslim | RELIGIOUS GROUP (optional): Muslim |
| I HAVE BEEN PRACTICING THIS RELIGION SINCE: 1955 | GROUP ADDRESS: CTF - Central |
| | TELEPHONE NO: |

The California Department of Corrections and Rehabilitation offers two religious meal options:

- **Option 1-** Vegetarian meals (including dairy products and eggs) based on regular institution meals. Vegetarian protein substitutes are offered when meats are served. Fish may be included. *(circled)*

- Option 2 – Jewish kosher meals. This program is for Jewish inmates of who wish to follow the standards of Judaism.

What are the religious dietary laws to which you must adhere, and the tenets of your religion?
Halal meats, no pork or pork products. Forbidden are dead meat and blood, flesh of swine, that on which any other name hath been invoked beside that of Allah (swt), that which hath been killed by strangling, or by a violent blow, or by a headlong fall, that which hath been partly eaten by a wild animal

Can your religious dietary needs be met by not eating pork, and/or following a vegetarian diet? If not, please explain why.
Not completly, since halal meats not included

*Attach documentation to support your request (optional)*
INMATES DO NOT WRITE BELOW THIS LINE

DIET REQUEST: Option 1     (APPROVED) / DENIED

If denied, give reason(s):

Other Action Taken / Comments:
CHAPLAIN'S SIGNATURE: _____    DATE: Jan 30, 07
Date Application Received: Jan 22, 07    Date Inmate Interviewed: Jan 22, 07

STATE OF CALIFORNIA  
RELIGIOUS DIET PROGRAM AGREEMENT  
CDCR 3030-A (09/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

DISTRIBUTION:  
ORIGINAL – C-FILE  
COPY – INMATE  
COPY – CHAPLAIN  
COPY – CORRECTIONAL FOOD MANAGER II

I would like to participate in the ☐ Jewish Religious Diet Program ☒ Religious Vegetarian Diet Program (check one). I understand that in order for me to participate in a Religious Diet Program, foods and preparation practices that are not used for general population meals must be used. Therefore, I agree to the following conditions:

1. I understand that I may change my religious diet no more than once each year.

2. I understand that if I voluntarily request to withdraw from the Religious Diet Program, I must do so in writing and I must wait for a period of six months before requesting to be reinstated in the Religious Diet Program. If, after six months, I apply to a different Religious Diet Program than the one I previously participated in, my request will have to be approved by the Chaplain who oversees that Religious Diet Program.

3. During meals I will eat and possess on my food tray only those food items served as a part of the Religious Diet Program. I understand that a report will be kept to verify I am picking up my religious meals. If, for any reason, I am denied any meals under the Religious Diet Program, however, I shall be permitted to eat foods that are not part of the Religious Diet Program and that shall not be deemed to be a violation of this Agreement. I will not collect religious food items (other than Canteen items) in my cell and I will follow all CDCR policies and regulations for dining in my institution.

4. I may not purchase or consume any food items that are not part of my religious diet. I understand that my Canteen purchases may be routinely monitored.

5. I will not "double-back" in order to obtain a second meal, either regular or religious.

6. I will consistently pick up my religious diet meals. I understand that a record will be kept indicating when I pick up my religious meals.

7. I will not provide all, or portions of my religious meals received through the Religious Diet Program to other inmates who are not participating in the same Religious Diet Program.

8. I will restrict my diet to religious diet foods.

9. I understand that should I violate one of these provisions, I will receive one (1) written warning, but will be allowed to continue to participate in the Religious Diet Program. I also understand that the Chaplain who oversees my Religious Diet Program shall determine whether I violated any of these provisions.

10. I further understand that should I violate any of these provisions a second time within six (6) months from the date of the first violation, I may be removed from the Religious Diet Program for a period of six (6) months from the date of the second violation. I also understand that a Chaplain shall determine whether I violated any of these provisions. I also understand that before a Chaplain can remove me from the Religious Diet Program, I shall have the right to confer with a Chaplain regarding the alleged violation(s).

By my signature below, I acknowledge that I have read and discussed the contents of this Agreement with an Institution Chaplain that oversees this Religious Diet Program. I further agree that if permitted to participate in the Religious Diet Program I will abide by the conditions set forth in this agreement.

Inmate Name (print): Bratton, Ronald  
Inmate Sign and Date: Ronald Bratton  1-22-07  
Inmate CDCR No.: J-45341  
Chaplain's Name (print): Antar Jannah  1/30/07  
Chaplain, Sign and Date: [signature]