1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5846
    Fax: (415) 703-5480
8   Email: Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
   Raghunath, Grannis, Aboytes, and Klein
10

11
12                    IN THE UNITED STATES DISTRICT COURT
13                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                              SAN FRANCISCO DIVISION

15  RONALD BRATTON,                         Case No. C 07-2928 JSW

16                      Plaintiff,          DECLARATION OF S.
                                            SUMMERSETT IN SUPPORT
17          v.                              OF DEFENDANTS' MOTION
                                            FOR SUMMARY JUDGMENT
18  BEN CURRY,

19                      Defendants.

20

21  I, S. SUMMERSETT, declare as follows:

22      1.  I am currently employed by the California Department of Corrections and

23  Rehabilitation (CDCR) as the Departmental Food Administrator. I have been employed in this

24  position since 2001. As the Departmental Food Administrator, I am responsible for preparing the

25  menus for meals served at CDCR. I have been registered by the Commission on Dietetic

26  Registration, the credentialing agency for the American Dietetic Association, as a Registered

27  Dietitian since 1972. I hold a Bachelor of Science degree from California Polytechnic State

28  University, and a Masters of Public Health in nutrition from the University of California at Los

Angeles. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion for Summary Judgment.

2. In my capacity as Departmental Food Administrator, I regularly analyze the nutritional value of CDCR's menus.

    a. A daily average of menus served over seven weeks shows that CDCR's religious vegetarian diet exceeds the nutritional standards for men, as set by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. For men ages fifty-one to seventy, the religious vegetarian diet provides 176 percent of the recommended daily protein and 280 percent of the recommended daily iron.

    b. Attached as Exhibit A are true and correct copies of my nutritional analyses of CDCR's religious vegetarian diet, regular diet, and Jewish kosher diet for men ages thirty-one to fifty, and for men ages fifty-one to seventy. These analyses show the daily averages over a seven-week period.

3. I am personally familiar with the costs of each diet program that CDCR serves. As Exhibit A shows, the costs per day per inmate are as follows: (1) the religious vegetarian diet costs $2.6268; (2) the regular diet costs $2.8066; and (3) the Jewish kosher diet costs $7.1840.

    a. There are approximately 10,000 Muslim inmates in the CDCR system. If all 10,000 Muslim inmates chose the religious vegetarian diet option, then this would cost $9,587,820 per year. If only 5,000 Muslim inmates chose the religious vegetarian diet option, then this would cost $4,793,910.

    b. If all 10,000 Muslim inmates chose the Jewish kosher diet, then this would cost $26,221,600 per year. If only 5,000 Muslim inmates chose the Jewish kosher diet, then this would cost $13,110,800 per year.

    c. Thus the Jewish kosher diet would cost CDCR $16,633,780 more per year than the religious vegetarian diet for 10,000 Muslim inmates. For only 5,000 Muslim inmates, the Jewish kosher diet would cost CDCR $8,316,890 more per year than the religious vegetarian diet.

Decl. S. Summersett in Support of Defs.' Mot. Summ. J.     R. Bratton v. B. Curry, et al.
C 07-2928 JSW

4. I am personally familiar with the food content of CDCR's meal plans. None of the food CDCR serves has contained any pork products or pork derivatives for the last seven years. Additionally, CDCR's religious vegetarian diet serves fish at least once a week in a dinner meal, and sometimes also serves tuna fish in lunch meals.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California, on June 19, 2008.

_Sue Summersett_
S. Summersett
Departmental Food Manager

20117933.wpd
SF2008400402

Decl. S. Summersett in Support of Defs.' Mot. Summ. J.     R. Bratton v. B. Curry, et al.
                                                                                             C 07-2928 JSW

3