# EXHIBIT A

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Wk 1-7 Menu Ave. Veg Men

June 12, 2008

Total Weight: 16979.89 g (598.94 oz-wt.)
Serving Size: 2425.70 g (85.56 oz-wt.)
Serves: 7.00
Cost: 2.6268

**Foodlist**

| Amount for 7 servings | Food Item | Amount for 1 serving | Cost | ESHA Code |
|---|---|---|---|---|
| 1 each | Wk 1 Menu Ave. VEG Men | 0.14286 each | 2.5425 | |
| 1 each | Wk 2 Menu Ave. Veg Men | 0.14286 each | 2.6403 | |
| 1 each | Wk 3 Menu Ave. Veg Men | 0.14286 each | 2.6286 | |
| 1 each | Wk 4 Menu Ave. Veg Men | 0.14286 each | 2.6476 | |
| 1 each | Wk 5 Menu Ave. Veg Men | 0.14286 each | 2.6296 | |
| 1 each | Wk 6 Menu Ave. Veg Men | 0.14286 each | 2.7788 | |
| 1 each | Wk 7 Menu Ave. Veg Men | 0.14286 each | 2.5200 | |

## Nutrients per Serving

| | | | |
|---|---|---|---|
| Calories | 2898.63 | Fat - Total | 102.29 g |
| Protein | 98.46 g | Saturated Fat | 26.90 g |
| Carbohydrates | 414.37 g | Vitamin A RE | 1402.35 mcg |
| Dietary Fiber | 42.78 g | Vitamin C | 210.44 mg |
| Cholesterol | 345.55 mg | Sodium | 4013.60 mg |
| % Calories from fat | 31 % | % Calories from carbs | 56 % |

**Bar Graph**

% comparison to: US Male (31-50 years)

| Nutrient | Value | Goal % |
|---|---|---|
| **Basic Components** | | |
| Calories | 2898.63 | 113% |
| Protein | 98.46 g | 176% |
| Carbohydrates | 414.37 g | 118% |
| Dietary Fiber | 42.78 g | 120% |
| Sugar - Total | 115.31 g | |
| Fat - Total | 102.29 g | 129% |
| Saturated Fat | 26.90 g | 105% |
| Cholesterol | 345.55 mg | 115% |
| **Vitamins** | | |
| Vitamin A IU | 10438.02 IU | 232% |
| Thiamin-B1 | 2.31 mg | 192% |
| Riboflavin-B2 | 2.78 mg | 214% |
| Niacin-B3 | 25.98 mg | 162% |
| Vitamin-B6 | 2.24 mg | 172% |
| Vitamin-B12 | 3.84 mcg | 160% |
| Vitamin C | 210.44 mg | 234% |
| Vitamin D IU | 218.76 IU | 109% |
| Vit E Alpha-Tocopherol | 6.39 mg | 43% |
| Folate | 691.33 mcg | 173% |
| **Minerals** | | |
| Calcium | 1380.27 mg | 138% |
| Iron | 22.44 mg | 280% |
| Magnesium | 485.89 mg | 116% |
| Sodium | 4013.60 mg | 268% |
| Zinc | 12.61 mg | 115% |



# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Wk 1-7 Menu Ave. Veg Men

June 12, 2008

Total Weight: 16979.89 g (598.94 oz-wt.)
Serving Size: 2425.70 g (85.56 oz-wt.)
Serves: 7.00
Cost: 2.6268

| Amount for 7 servings | Food Item | Amount for 1 serving | Cost | Foodlist ESHA Code |
|---|---|---|---|---|
| 1 each | Wk 1 Menu Ave. VEG Men | 0.14286 each | 2.5425 | |
| 1 each | Wk 2 Menu Ave. Veg Men | 0.14286 each | 2.6403 | |
| 1 each | Wk 3 Menu Ave. Veg Men | 0.14286 each | 2.6286 | |
| 1 each | Wk 4 Menu Ave. Veg Men | 0.14286 each | 2.6476 | |
| 1 each | Wk 5 Menu Ave. Veg Men | 0.14286 each | 2.6296 | |
| 1 each | Wk 6 Menu Ave. Veg Men | 0.14286 each | 2.7788 | |
| 1 each | Wk 7 Menu Ave. Veg Men | 0.14286 each | 2.5200 | |

## Nutrients per Serving

| | | | |
|---|---|---|---|
| Calories | 2898.63 | Fat - Total | 102.29 g |
| Protein | 98.46 g | Saturated Fat | 26.90 g |
| Carbohydrates | 414.37 g | Vitamin A RE | 1402.35 mcg |
| Dietary Fiber | 42.78 g | Vitamin C | 210.44 mg |
| Cholesterol | 345.55 mg | Sodium | 4013.60 mg |
| % Calories from fat | 31 % | % Calories from carbs | 56 % |

% comparison to: US Male (51-70 years)                                     Bar Graph

| Nutrient | Value | Goal % |
|---|---|---|
| **Basic Components** | | |
| Calories | 2898.63 | 123% |
| Protein | 98.46 g | 176% |
| Carbohydrates | 414.37 g | 127% |
| Dietary Fiber | 42.78 g | 129% |
| Sugar - Total | 115.31 g | |
| Fat - Total | 102.29 g | 139% |
| Saturated Fat | 26.90 g | 114% |
| Cholesterol | 345.55 mg | 115% |
| **Vitamins** | | |
| Vitamin A IU | 10438.02 IU | 232% |
| Thiamin-B1 | 2.31 mg | 192% |
| Riboflavin-B2 | 2.78 mg | 214% |
| Niacin-B3 | 25.98 mg | 162% |
| Vitamin-B6 | 2.24 mg | 132% |
| Vitamin-B12 | 3.84 mcg | 160% |
| Vitamin C | 210.44 mg | 234% |
| Vitamin D IU | 218.76 IU | 55% |
| Vit E Alpha-Tocopherol | 6.39 mg | 43% |
| Folate | 691.33 mcg | 173% |
| **Minerals** | | |
| Calcium | 1380.27 mg | 115% |
| Iron | 22.44 mg | 280% |
| Magnesium | 485.89 mg | 116% |
| Sodium | 4013.60 mg | 309% |
| Zinc | 12.61 mg | 115% |



# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Wk 1-7 Menu Ave. MEN

June 10, 2008

Total Weight: 16933.02 g (597.28 oz-wt.)
Serving Size: 2419.00 g (85.33 oz-wt.)
Serves: 7.00
Cost: 2.8066

Foodlist ESHA Code

| Amount for 7 servings | Food Item | Amount for 1 serving | Cost |
|---|---|---|---|
| 1 each | Wk 1 Menu Ave. MEN | 0.14286 each | 2.7129 |
| 1 each | Wk 2 Menu Ave. MEN | 0.14286 each | 2.9545 |
| 1 each | Wk 3 Menu Ave. MEN | 0.14286 each | 2.8256 |
| 1 each | Wk 4 Menu Ave. MEN | 0.14286 each | 2.8140 |
| 1 each | Wk 5 Menu Ave. MEN | 0.14286 each | 2.8937 |
| 1 each | Wk 6 Menu Ave. MEN | 0.14286 each | 2.6311 |
| 1 each | Wk 7 Menu Ave. MEN | 0.14286 each | 2.8147 |

## Nutrients per Serving

| | | | |
|---|---|---|---|
| Calories | 2837.85 | Fat - Total | 98.96 g |
| Protein | 105.57 g | Saturated Fat | 23.96 g |
| Carbohydrates | 394.31 g | Vitamin A RE | 1326.65 mcg |
| Dietary Fiber | 34.66 g | Vitamin C | 210.82 mg |
| Cholesterol | 340.13 mg | Sodium | 3923.99 mg |
| % Calories from fat | 31 % | % Calories from carbs | 55 % |



% comparison to: US Male (31-50 years) — Bar Graph

| Nutrient | Value | Goal % |
|---|---|---|
| **Basic Components** | | |
| Calories | 2837.85 | 111% |
| Protein | 105.57 g | 189% |
| Carbohydrates | 394.31 g | 112% |
| Dietary Fiber | 34.66 g | 97% |
| Sugar - Total | 113.12 g | |
| Fat - Total | 98.96 g | 124% |
| Saturated Fat | 23.96 g | 94% |
| Cholesterol | 340.13 mg | 113% |
| **Vitamins** | | |
| Vitamin A IU | 10077.10 IU | 224% |
| Thiamin-B1 | 2.23 mg | 186% |
| Riboflavin-B2 | 2.68 mg | 206% |
| Niacin-B3 | 27.82 mg | 174% |
| Vitamin-B6 | 2.36 mg | 182% |
| Vitamin-B12 | 4.80 mcg | 200% |
| Vitamin C | 210.82 mg | 234% |
| Vitamin D IU | 248.62 IU | 124% |
| Vit E Alpha-Tocopherol | 7.22 mg | 48% |
| Folate | 616.08 mcg | 154% |
| **Minerals** | | |
| Calcium | 1178.30 mg | 118% |
| Iron | 22.33 mg | 279% |
| Magnesium | 430.18 mg | 102% |
| Sodium | 3923.99 mg | 262% |
| Zinc | 14.36 mg | 131% |

## CALIFORNIA DEPARTMENT OF CORRECTIONS
## Wk 1-7 Menu Ave. MEN

June 12, 2008

Total Weight:  16933.02 g (597.28 oz-wt.)
Serving Size:  2419.00 g (85.33 oz-wt.)
Serves:        7.00
Cost:          2.8066

| Amount for 7 servings | Food Item | Amount for 1 serving | Cost | Foodlist ESHA Code |
|---|---|---|---|---|
| 1 each | Wk 1 Menu Ave. MEN | 0.14286 each | 2.7129 | |
| 1 each | Wk 2 Menu Ave. MEN | 0.14286 each | 2.9545 | |
| 1 each | Wk 3 Menu Ave. MEN | 0.14286 each | 2.8256 | |
| 1 each | Wk 4 Menu Ave. MEN | 0.14286 each | 2.8140 | |
| 1 each | Wk 5 Menu Ave. MEN | 0.14286 each | 2.8937 | |
| 1 each | Wk 6 Menu Ave. MEN | 0.14286 each | 2.6311 | |
| 1 each | Wk 7 Menu Ave. MEN | 0.14286 each | 2.8147 | |

### Nutrients per Serving

| | | | |
|---|---|---|---|
| Calories | 2837.85 | Fat - Total | 98.96 g |
| Protein | 105.57 g | Saturated Fat | 23.96 g |
| Carbohydrates | 394.31 g | Vitamin A RE | 1326.65 mcg |
| Dietary Fiber | 34.66 g | Vitamin C | 210.82 mg |
| Cholesterol | 340.13 mg | Sodium | 3923.99 mg |
| % Calories from fat | 31 % | % Calories from carbs | 55 % |



**% comparison to: US Male (51-70 years)**                                    Bar Graph

| Nutrient | Value | Goal % |
|---|---|---|
| **Basic Components** | | |
| Calories | 2837.85 | 120% |
| Protein | 105.57 g | 189% |
| Carbohydrates | 394.31 g | 121% |
| Dietary Fiber | 34.66 g | 105% |
| Sugar - Total | 113.12 g | |
| Fat - Total | 98.96 g | 134% |
| Saturated Fat | 23.96 g | 101% |
| Cholesterol | 340.13 mg | 113% |
| **Vitamins** | | |
| Vitamin A IU | 10077.10 IU | 224% |
| Thiamin-B1 | 2.23 mg | 186% |
| Riboflavin-B2 | 2.68 mg | 206% |
| Niacin-B3 | 27.82 mg | 174% |
| Vitamin-B6 | 2.36 mg | 139% |
| Vitamin-B12 | 4.80 mcg | 200% |
| Vitamin C | 210.82 mg | 234% |
| Vitamin D IU | 248.62 IU | 62% |
| Vit E Alpha-Tocopherol | 7.22 mg | 48% |
| Folate | 616.08 mcg | 154% |
| **Minerals** | | |
| Calcium | 1178.30 mg | 98% |
| Iron | 22.33 mg | 279% |
| Magnesium | 430.18 mg | 102% |
| Sodium | 3923.99 mg | 302% |
| Zinc | 14.36 mg | 131% |

Case 3:07-cv-02928-JSW    Document 31-2    Filed 06/23/2008    Page 6 of 7

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### CDCR Wk 1-3 Kosher Shelf Stable

June 12, 2008

Total Weight: 5804.11 g (204.73 oz-wt.)
Serving Size: 1934.70 g (68.24 oz-wt.)
Serves: 3.00
Cost: 7.1840

Foodlist

| Amount for 3 servings | Food Item | Amount for 1 serving | Cost | ESHA Code |
|---|---|---|---|---|
| 1 each | CDCR Wk 1 Kosher Shelf Stable | 0.33333 each | 7.1745 | |
| 1 each | CDCR Wk 2 Kosher Shelf Stable | 0.33333 each | 7.1707 | |
| 1 each | CDCR Wk 3 Kosher Shelf Stable | 0.33333 each | 7.2069 | |

### Nutrients per Serving

| | | | |
|---|---|---|---|
| Calories | 2745.27 | Fat - Total | 85.12 g |
| Protein | 104.78 g | Saturated Fat | 18.07 g |
| Carbohydrates | 402.60 g | Vitamin A RE | 1853.60 mcg |
| Dietary Fiber | 36.12 g | Vitamin C | 316.81 mg |
| Cholesterol | 182.02 mg | Sodium | 4066.19 mg |
| % Calories from fat | 27 % | % Calories from carbs | 58 % |



Bar Graph

% comparison to: US Male (31-50 years)

| Nutrient | Value | Goal % |
|---|---|---|
| **Basic Components** | | |
| Calories | 2745.27 | 107% |
| Protein | 104.78 g | 187% |
| Carbohydrates | 402.60 g | 115% |
| Dietary Fiber | 36.12 g | 101% |
| Sugar - Total | 128.79 g | |
| Fat - Total | 85.12 g | 107% |
| Saturated Fat | 18.07 g | 71% |
| Cholesterol | 182.02 mg | 61% |
| **Vitamins** | | |
| Vitamin A IU | 14003.80 IU | 311% |
| Thiamin-B1 | 3.07 mg | 256% |
| Riboflavin-B2 | 3.57 mg | 275% |
| Niacin-B3 | 41.96 mg | 262% |
| Vitamin-B6 | 3.22 mg | 247% |
| Vitamin-B12 | 6.33 mcg | 264% |
| Vitamin C | 316.81 mg | 352% |
| Vitamin D IU | 312.57 IU | 156% |
| Vit E Alpha-Tocopherol | 10.45 mg | 70% |
| Folate | 767.82 mcg | 192% |
| **Minerals** | | |
| Calcium | 1851.12 mg | 185% |
| Iron | 31.18 mg | 390% |
| Magnesium | 482.48 mg | 115% |
| Sodium | 4066.19 mg | 271% |
| Zinc | 26.72 mg | 243% |

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## CDCR Wk 1-3 Kosher Shelf Stable

June 19, 2008

Total Weight:  5804.11 g (204.73 oz-wt.)
Serving Size:  1934.70 g (68.24 oz-wt.)
Serves:        3.00
Cost:          7.1840

| Amount for 3 servings | Food Item | Amount for 1 serving | Cost | Foodlist ESHA Code |
|---|---|---|---|---|
| 1 each | CDCR Wk 1 Kosher Shelf Stable | 0.33333 each | 7.1745 | |
| 1 each | CDCR Wk 2 Kosher Shelf Stable | 0.33333 each | 7.1707 | |
| 1 each | CDCR Wk 3 Kosher Shelf Stable | 0.33333 each | 7.2069 | |

### Nutrients per Serving

| | | | |
|---|---|---|---|
| Calories | 2745.27 | Fat - Total | 85.12 g |
| Protein | 104.78 g | Saturated Fat | 18.07 g |
| Carbohydrates | 402.60 g | Vitamin A RE | 1853.60 mcg |
| Dietary Fiber | 36.12 g | Vitamin C | 316.81 mg |
| Cholesterol | 182.02 mg | Sodium | 4066.19 mg |
| % Calories from fat | 27 % | % Calories from carbs | 58 % |



% comparison to: US Male (51-70 years)                                      Bar Graph

| Nutrient | Value | Goal % |
|---|---|---|
| **Basic Components** | | |
| Calories | 2745.27 | 116% |
| Protein | 104.78 g | 187% |
| Carbohydrates | 402.60 g | 124% |
| Dietary Fiber | 36.12 g | 109% |
| Sugar - Total | 128.79 g | |
| Fat - Total | 85.12 g | 116% |
| Saturated Fat | 18.07 g | 76% |
| Cholesterol | 182.02 mg | 61% |
| **Vitamins** | | |
| Vitamin A IU | 14003.80 IU | 311% |
| Thiamin-B1 | 3.07 mg | 256% |
| Riboflavin-B2 | 3.57 mg | 275% |
| Niacin-B3 | 41.96 mg | 262% |
| Vitamin-B6 | 3.22 mg | 189% |
| Vitamin-B12 | 6.33 mcg | 264% |
| Vitamin C | 316.81 mg | 352% |
| Vitamin D IU | 312.57 IU | 78% |
| Vit E Alpha-Tocopherol | 10.45 mg | 70% |
| Folate | 767.82 mcg | 192% |
| **Minerals** | | |
| Calcium | 1851.12 mg | 154% |
| Iron | 31.18 mg | 390% |
| Magnesium | 482.48 mg | 115% |
| Sodium | 4066.19 mg | 313% |
| Zinc | 26.72 mg | 243% |