IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BEN CURRY,<br><br>　　　　　　　　　Defendants. | Case No. C 07-2928 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT** |

　　Plaintiff Ronald Bratton (Plaintiff) is a state inmate who filed this action under 42 U.S.C. § 1983 and makes claims for violations of the Eighth Amendment, the Religious Land Use and Institutionalized Persons Act (RLUIPA), Equal Protection, and classification policies against Defendants Curry, Chudy, Hill, Hedrick, Raghunath, Grannis, Aboytes, and Klein (Defendants).

　　Defendants filed a motion to dismiss this action because Plaintiff failed to exhaust his available administrative remedies before filing suit, as required by the Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e(a). Defendants argued that Plaintiff failed to exhaust his because he failed to pursue his administrative appeal for his Eighth Amendment claim through the requisite third level of review, and because Plaintiff could not possibly have exhausted any appeal for his supplemental claim before he filed this action.

///

///

[Proposed] Order Granting Defs.' Mot. Dismiss & Mot. Summ. J.　　　　　　　　　R. Bratton v. B. Curry, et al.
Case No. C 07-2928 JSW

1

Defendants also filed a motion for summary judgment on the grounds that there are no genuine issues of material fact, that Defendants are entitled to judgment as a matter of law, and that Defendants are entitled to qualified immunity.

After full consideration of all pleadings and good cause appearing, the Court grants Defendants' motion to dismiss the action without prejudice. The Court also grants Defendants' motion for summary judgment and qualified immunity.

Dated: _____

The Honorable Jeffrey S. White
United States District Court Judge

[Proposed] Order Granting Defs.' Mot. Dismiss & Mot. Summ. J.    R. Bratton v. B. Curry, et al.
Case No. C 07-2928 JSW

2