**FILED**
JUL 03 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON,<br><br>            Plaintiff,<br><br>     v.<br><br>BEN CURRY,<br><br>            Defendants. | Case No. C 07-2928 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* REQUEST TO EXTEND PAGE LIMIT FOR DEFENDANTS' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT<br>(Docket No. 24) |

Defendants filed an *Ex Parte* Request to Extend Page Limit for Defendants' Motions to Dismiss and for Summary Judgment in which they requested permission under Local Rule 7-4, to file a motion that is no more than thirty-five pages. The Court has read and considered Defendants' request, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request to file a motion that is no more than thirty-five pages is granted.

IT IS SO ORDERED.

Dated: JUL 03 2008

The Honorable Jeffrey S. White
U.S. District Court Judge

[Proposed] Order Granting Defs.' *Ex Parte* Req. Extend Page Limit          R. Bratton v. B. Curry, et al.
                                                                             Case No. C 07-2928 JSW

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALD BRATTON,

    Plaintiff,

v.

BEN CURRY et al,

    Defendant.

Case Number: CV07-02928 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lisa M. Sciandra
Scott John Feudale
Office of the Attorney General
455 Golden Gate Ave, Ste. 11000
San Francisco, CA 94102-7004

Ronald Bratton
P.O. Box 705
J45341
Soledad, CA 93960-0705

Dated: July 3, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk