RONALD BRATTON J-45341
CTF-NORTH        LA 120L
P.O. BOX 705
SOLEDAD, CA 93960-0705



FILED
08 JUL -3 PM 1:17
Original

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON<br>    Plaintiff, | Case No. C 07-2928 JSW |
| v<br><br>BEN CURRY, et al.,<br>    Defendants, | REQUEST FOR 30 Day EXTENSION OF TIME TO ANSWER DEFENDANT'S "NOTICE OF MOTIONS & MOTION TO DISMISS, AND FOR SUMMARY JUDGEMENT (UNTIL Aug 15, 2008)<br>RwB |

    The Plaintiff in the above case RONALD BRATTON requests an extension to file an answer to the defendant's motions named above. The plaintiff's vindictive actions of moving me to a higher security prison for a false interpretation of a statue, has resulted in prisoner being deprived of the use of the Law Library. The Southern-Hispanics attacked an African-American Man which resulted in a full-lock-down for both races. In three weeks I have been allowed in the law library for 1½ hours one week, and three hours one day before I received defendants. The plaintiff would need the extra time because with one-day a week, it could take the minimum of a month to formulate an answer, and research some of the defendant's 'flim-flam,' and mis-direction 'excuses' for the blantant violations of my rights. I am also being hospitalized for Knee Surgery

Dated June 29, 2008            Respectfully Yours, Ronald Bratton
                                                                                               RONALD BRATTON

## DECLARATION OF SERVICE BY MAIL

CASE NAME: RONALD BRATTON V BEN CURRY et al.,

CASE NO.: C 07-2928

I, RONALD BRATTON, declare that I am over the age of eighteen (18) years; I am/am not a party to the attached action; I served the attached document entitled:

MOTION TO EXTEND DEADLINE TILL AUGUST 15, 2008 in above entitled case. I am being hospitalized for Knee Surgery on the persons/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ATTORNEY GENERAL'S OFFICE |
| NORTHERN DISTRICT OF CA | 455 GOLDEN GATE AVENUE |
| 450 GOLDEN GATE AVENUE | Suite 11000 |
| SAN FRANCISCO, CA 94102 | SAN FRANCISCO, CA 94102 |

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that I executed this service this 29th day of JUNE, in Soledad, CA.

*Ronald Bratton*
Declarant   RONALD BRATTON