IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD BRATTON, | ) | No. C 07-2928 JSW (PR) |
| Plaintiff, | ) ) | **ORDER GRANTING EXTENSION OF TIME** |
| vs. | ) ) | |
| BEN CURRY, E. KLEIN, A. JANNAH, B. HEDRICK, M. RAGHUNATH, L. MACKEY, J. CHURDY, J. ABOYTES, | ) ) ) ) | (Docket No. 34) |
| Defendants. | ) | |

Good cause appearing, Plaintiff's motion for an extension of time to file an opposition to Defendants' motion is GRANTED (docket no. 34). Plaintiff shall file his opposition on or before thirty days from the date of this order.

IT IS SO ORDERED.

DATED: 07/16/08

JEFFREY S. WHITE
United States District Judge