RONALD BRATTON J-45341
CTF-NORTH    LA 120L
P.O. BOX 705
SOLEDAD, CA 93960-0705



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON<br>         Plaintiff,<br><br>v<br><br>BEN CURRY, et al.,<br>         Defendants, | Case No. C 07-2928 JSW<br><br>REQUEST FOR FORTY-FIVE DAY EXTENSION OF TIME TO ANSWER DEFENDANT'S "NOTICE OF MOTIONS AND OPPOSITION TO MOTION TO DISMISS VIA SUMMARY JUDGEMENT |

The plaintiff in the above case RONALD BRATTON, requests an extension in time, to and including September 1, 2008, to file his opposition to defendant's request summary judgement. The plaintiff was transfered to a higher-level institution in retaliation for filing the above case, and that facility has been on lock-down since May 30, 2008 for African-American and Southern Hispanic inmates following an altercation on this yard. The plaintiff also had knee surgery on July 2, 2008.

Since the lock-down I have only been able to go to the library to do research and type my answer, once a week, with no more than three-hours at a time. Plaintiff will keep the court up-to-date on any now expected happenings.

Dated July 21, 2008                                     Respectfully Yours,

                                                        *Ronald Bratton*
                                                        RONALD BRATTON

— Bratton, Ronald #04063
— 03/11/1948  Dr. Pompan
— DOS    07/02/2008

RONALD BRATTON J-45341
CTF-NORTH      LA 120L
P.O. BOX 705
SOLEDAD, CA 93960-0705

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON<br>      Plaintiff, | Case No. C 07-2929 JSW |
| v<br>BEN CURRY, et al.,<br>      Defendant's | [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR A 45 DAY EXTENSION OF TIME TO FILE ANSWER TO DEFENDANT'S "NOTION OF MOTION & MOTION TO DISMISS, AND FOR DENIAL OF SUMMARY JUDGEMENT |

   The Plaintiff has filed for a forty-five day extension of time, up to and including September 1, 2008, to file his answer to the request for Summay Judgement, and any other dispositive motion. The Court has read and considered plaintiff's request, and good cause appearing.

   IT IS HEREBY ORDERED that Plaintiff's request for a forty-five extension of time is granted. Plaintiff shall either file a answer to request for summary judgement or other answer to any dispostive montion by September 1, 2008.


   IT IS SO ORDERED

Dated: _____            _____
                                                 The Honorable Jeffery S. White


[Proposed]Order Gaanting 45-Day ext. of Time to file Answer to Disposite mot.

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 3022-B (REV. 07/07)

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER |
|---|---|---|
| Correctional Training Facility | July 11, 2008 | CTF-NORTH-08-009 |

☐ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL    ☒ UPDATE    ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION: Correctional Training Facility
- ☒ FACILITY: North
- ☒ HOUSING UNIT: All
- ☐ VOCATION:
- ☐ EDUCATION:
- ☐ OTHER:

**INMATES AFFECTED**
- ☐ ALL
- ☒ BLACK
- ☐ WHITE
- ☒ HISPANIC
- ☐ OTHER
- ☒ Southern Hispanic & Mexican Nationals

**REASON**
- ☐ BATTERY
- ☐ DEATH
- ☒ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER

**MOVEMENT**
- ☐ NORMAL
- ☐ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☒ CONTROLLED MOVEMENT
- ☒ OTHER: Handcuff status for Black, Southern Hispanics and Mexican National inmates

**WORKERS**
- ☐ NORMAL
- ☒ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED:

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☒ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL
- ☒ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☒ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED:

**PACKAGES**
- ☐ NORMAL
- ☐ NO PACKAGES
- ☒ MODIFIED: See Remarks

**DUCATS**
- ☐ NORMAL
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☒ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER:

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED:

**VISITING**
- ☐ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☒ OTHER: See Remarks.

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: Approved list

**REMARKS:** Effective 07/11/2008: All impacted inmates assigned to the A-Yard and Toro Dorm will be escorted in handcuffs at a ratio of 4 inmates to 1 Officer. All impacted inmates assigned to the B-Yard who are assigned to Shasta and Whitney Hall will be escorted at a ratio of 4 inmates to 1 Officer with no restraints. VISITING: Impacted inmates assigned to the Lassen and Rainier Hall will not be authorized to have normal visits. Identified impacted inmates in Fremont and Toro Dorm are authorized to have visits. Impacted inmates assigned to the B-Yard who are assigned to Shasta and Whitney Hall will be authorized to have normal visits. SAP: All impacted inmates assigned to Shasta and Whitney Hall who are assigned to the SAP Program will report to SAP together. WORKERS: Critical workers may be authorized for impacted inmates assigned to the B-Yard including Toro Dorm with Captains approval. No critical Workers authorized for impacted inmates assigned to the A-Yard at this time. RECREATIONAL: No recreational activities for inmates identified as being "Impacted" on either A-Yard or B-Yard. PACKAGES: Impacted inmates assigned to Shasta and Whitney Hall are authorized to receive packages. Impacted inmates on A-Yard are are not authorized to receive packages. Identified impacted inmates in Fremont and Toro Dorm are authorized to receive packages. YARD: Level II A1A Other inmates in Fremont and Toro Dorms will be allowed Night Yard.

The list of all identified impacted inmates requiring handcuffs during escorts/Visits/Packages is located in each Housing Unit and Unit Office.

State of Emergency only: Postponement of nonessential administrative decisions, actions and the normal time requirements:

☐ Approved   ☐ Disapproved.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| V. KHAN, Correctional Lieutenant | 07-10-2008 | B. CURRY | 07-10-2008 |

## DECLARATION OF SERVICE BY MAIL

CASE NAME: RONALD BRATTON v BEN CURRY et al.,

CASE NO.: C 07-2928

I, RONALD BRATTON, declare that I am over the age of eighteen (18) years; I am/am not a party to the attached action; I served the attached document entitled:

MOTION TO EXTEND DEADLINE TILL SEPTEMBER 1, 2008

on the persons/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ATTORNEY GENERAL'S OFFICE |
| NORTHERN DISTRICT OF CA | 455 GOLDEN GATE AVENUE |
| 450 GOLDEN GATE AVE. | Suite 11000 |
| SAN FRANCISCO, CA 94102 | SAN FRANCISCO, CA 94102 |

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that I executed this service this 21st day of JULY, in Soledad, CA.

*Ronald Bratton*
Declarant

