FILED
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BRATTON, | No. C 07-2928 JSW (PR) |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME** |
| vs. | |
| BEN CURRY, E. KLEIN, A. JANNAH, B. HEDRICK, M. RAGHUNATH, L. MACKEY, J. CHURDY, J. ABOYTES, | (Docket No. 38) |
| Defendants. | |

Good cause appearing, Plaintiff's motion for an extension of time to file an opposition to Defendants' motion is GRANTED (docket no. 38). Plaintiff shall file his opposition on or before forty five days from the date of this order.

IT IS SO ORDERED.

DATED: 8·26 08

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DWAYNE HARRIS,

        Plaintiff,

v.

JAMES TILTON et al,

        Defendant.

Case Number: CV07-05306 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dwayne Harris
P01755
P.O. Box 2349
Blythe, CA 92226

Erin Burns Sullivan
California Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Dated: August 26, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk