1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  JENNIFER J. NYGAARD, State Bar No. 229494
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5577
    Fax:  (415) 703-5843
8   Email:  Jennifer.Nygaard@doj.ca.gov

9  Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
   Raghunath, Grannis, Aboytes, and Klein[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BEN CURRY, ET AL.,<br><br>　　　　　　　　　　Defendants. | C 07-2928 JSW<br><br>**DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT** |

TO RONALD BRATTON, PLAINTIFF PRO SE:

PLEASE TAKE NOTICE that Defendants Curry, Chudy, Hill, Hedrick, Raghunath, Grannis, Aboytes, and Klein (Defendants) request a thirty-day extension of time to file a reply to Plaintiff's opposition to Defendants' motions to dismiss and for summary judgment up to and including October 10, 2008.

---

1. To the best knowledge of the Attorney General's Office, Defendant Jannah has not been served. Accordingly, the Attorney General's Office makes no appearance on his behalf.

Defs.' Req. Ext. Time　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Bratton v. Curry, et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 07-2928 JSW

1

1  This request is based on the supporting declaration of Jennifer J. Nygaard.

2

3  Dated: August 29, 2008

4  Respectfully submitted,

5  EDMUND G. BROWN JR.
Attorney General of the State of California

6  DAVID S. CHANEY
Chief Assistant Attorney General

7
ROCHELLE C. EAST
8  Senior Assistant Attorney General

9  MICHAEL W. JORGENSON
Supervising Deputy Attorney General

10

11  *[signature]*

12
JENNIFER J. NYGAARD
13  Deputy Attorney General
Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
14  Raghunath, Grannis, Aboytes, and Klein

15

16  20137609.wpd
SF2008400402

17

Defs.' Req. Ext. Time                                          *Bratton v. Curry, et al.*
                                                               C 07-2928 JSW

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **R. Bratton v. B. Curry, et al.**

No.:   **C 07-2928 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 29, 2008**, I served the attached

**DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT**

**DECLARATION OF J. NYGAARD IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME**

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A REPLY**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ronald Bratton (J-45341)
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 29, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M. Luna | *M. Luna* (signature) |
| Declarant | Signature |

20137903.wpd