1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  JENNIFER J. NYGAARD, State Bar No. 229494
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5577
    Fax:  (415) 703-5843
8   Email:  Jennifer.Nygaard@doj.ca.gov

9  Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
   Raghunath, Grannis, Aboytes, and Klein

10

11

                  IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15  | **RONALD BRATTON,** | C 07-2928 JSW |
    |---|---|
16  | Plaintiff, | **DECLARATION OF J. NYGAARD IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |
17  | v. | |
18  | **BEN CURRY, ET AL.,** | |
19  | Defendants. | |

20

21  I, J. Nygaard, declare as follows:

22      1.    I am employed by the Office of the California Attorney General as a Deputy Attorney

23  General in the Correctional Law Section.  Lisa Sciandra, the Deputy Attorney General assigned

24  to represent Defendants Curry, Chudy, Hill, Hedrick, Raghunath, Grannis, Aboytes, and Klein

25  (Defendants) in this case, is currently on medical leave.

26      2.    Defendants filed motions to dismiss and for summary judgment on June 23, 2008.  On

27  May 19, 2008, this Court ordered Defendants to file a reply brief no later than fifteen days after

28  Plaintiff's opposition to Defendants' motions to dismiss and summary judgment is filed.  After

Decl. J. Nygaard Supp. Defs.' Rqst. EOT                         *Bratton v. Curry, et al.*
                                                                  C 07-2928 JSW

1   receiving two extensions of time, Plaintiff's opposition was filed August 26, 2008.

2   　　　3.　　Ms. Sciandra has been on medical leave since July 21, 2008, and is expected to return

3   on September 2, 2008.  Ms. Sciandra has reply briefs in two other cases in the United States

4   District Court, Northern District of California due September 10, 2008, and September 15, 2008.

5   She also has an answering brief in a case in the Ninth Circuit due October 14, 2008.  An

6   extension of time for Defendants to file their reply brief up to and including October 10, 2008,

7   should provide Ms. Sciandra sufficient time to prepare a reply upon returning from medical

8   leave.

9   　　　4.　　Plaintiff is a state prisoner and cannot be easily contacted about an extension of time.

10  　　　5.　　Defendants previously received two extensions of time in which to file a dispositive

11  motion.  Plaintiff also received two extensions of time in which to file his opposition to

12  Defendants motions to dismiss and summary judgment.

13  　　　6.　　This request for extension of time is not made for any purpose of harassment or undue

14  delay, or for any improper reason.

15

16  　　　I declare under penalty of perjury that the foregoing is true and correct to the best of my

17  knowledge, and that this declaration was executed on August 29, 2008, in San Francisco,

18  California.

19

20  　　　　　　　　　　　　　　　　　JENNIFER J. NYGAARD

21  　　　　　　　　　　　　　　　　　Deputy Attorney General

22

23  20137737.wpd

24  SF2008400402

25

26

27

28

Decl. J. Nygaard Supp. Defs.' Rqst. EOT                                    *Bratton v. Curry, et al.*
                                                                           C 07-2928 JSW