IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON,<br><br>                                    Plaintiff,<br><br>         v.<br><br>BEN CURRY, ET AL.,<br><br>                                    Defendants. | C 07-2928 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A REPLY** |

Defendants Curry, Chudy, Hill, Hedrick, Raghunath, Grannis, Aboytes, and Klein (Defendants) have filed a request for extension of time to file a reply to Plaintiff's opposition to Defendants' motions to dismiss and for summary judgment. This Court has reviewed Defendants' request and the declaration of J. Nygaard, and finds good cause to GRANT the request. Accordingly, Defendants have up to and including **October 10, 2008** to file a reply.

IT IS SO ORDERED.

Dated: _____

                                                            _____
                                                            JEFFREY S. WHITE
                                                            United States District Judge

[Proposed] Order Granting Defs.' Req. EOT                                    Bratton v. Curry, et al.
                                                                              Case No. C 07-2928 JSW

1