IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BRATTON,<br><br>                            Plaintiff,<br><br>v.<br><br>BEN CURRY, ET AL.,<br><br>                            Defendants. | C 07-2928 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A REPLY |

Defendants Curry, Chudy, Hill, Hedrick, Raghunath, Grannis, Aboytes, and Klein (Defendants) have filed a request for extension of time to file a reply to Plaintiff's opposition to Defendants' motions to dismiss and for summary judgment. This Court has reviewed Defendants' request and the declaration of J. Nygaard, and finds good cause to GRANT the request. Accordingly, Defendants have up to and including **October 10, 2008** to file a reply.

IT IS SO ORDERED.

Dated: SEP 8 2008

JEFFREY S. WHITE
United States District Judge