1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  JENNIFER J. NYGAARD, State Bar No. 229494
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5577
     Fax: (415) 703-5843
8    Email: Jennifer.Nygaard@doj.ca.gov

9  Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
   Raghunath, Grannis, Aboytes, and Klein
10

11

12                 IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15  | **RONALD BRATTON,** | C 07-2928 JSW |
16  | Plaintiff, | **REQUEST TO REMOVE JENNIFER J. NYGAARD FROM THE SERVICE LIST** |
17  | **v.** | |
18  | **BEN CURRY,** | |
19  | Defendants. | |

20

21      PLEASE BE ADVISED that the Deputy Attorney General representing Defendants Curry,

22  Chudy, Hill, Hedrick, Raghunath, Grannis, Aboytes, and Klein is Lisa Sciandra. Please direct all

23  future communications, including service of all pleadings, orders, and other documents made in

24  connection with this case, as follows:

25          Lisa Sciandra, Deputy Attorney General
            455 Golden Gate Avenue, Suite 11000
26          San Francisco, CA 94102
            Telephone: (415) 703-5846
27          Fax: (415) 703-5843
            Email address: Lisa.Sciandra@doj.ca.gov
28

---

Req. Remove J. Nygaard From Service List                    *Bratton v. Curry, et al.*
                                                            C 07-2928 JSW

1  Please remove Deputy Attorney General Jennifer J. Nygaard from the Court's service list.

2  Dated:  September 9, 2008

3  Respectfully submitted,

4  EDMUND G. BROWN JR.
   Attorney General of the State of California

5  DAVID S. CHANEY
   Chief Assistant Attorney General
6
7  ROCHELLE C. EAST
   Senior Assistant Attorney General

8  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General

9

10

11

12  JENNIFER J. NYGAARD
    Deputy Attorney General
13  Attorneys for Defendants Curry, Chudy, Hill, Hedrick,
    Raghunath, Grannis, Aboytes, and Klein

14

15  20141529.wpd
    SF2008400402
16

17

18

19

20

21

22

23

24

25

26

27

28

Req. Remove J. Nygaard From Service List

*Bratton v. Curry, et al.*
C 07-2928 JSW

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **R. Bratton v. B. Curry, et al.**

No.:   **C 07-2928 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 9, 2008**, I served the attached

**REQUEST TO REMOVE JENNIFER J. NYGAARD FROM THE SERVICE LIST**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Ronald Bratton (J-45341)
Correctional Training Facility
P.O. Box 689
Soledad, CA  93960-0689
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 9, 2008**, at San Francisco, California.

| | |
|---|---|
| M. Luna | *M. Luna* |
| Declarant | Signature |

20141868.wpd